UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, Inc., | : | Civil Action No. _____ |
|         Plaintiffs | : | |
| v. | : | |
| Federal Aviation Administration, | : | |
|         Defendants | : | |

DISCLOSURE STATEMENT

The undersigned counsel for BRRAM, Inc., certifies that this party is a non-governmental corporate party and that:

☐     This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

OR

☒     This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ R. William Potter*
Signature of Attorney

*Potter & Dickson*
Name of Firm

R. William Potter
Print Name

194 Nassau St., Suite 31
Address

April 28, 2014
Date

Princeton, NJ 08542-7003
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.    DNJ-CMECF-005 (5/2/08)