# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>FEDERAL AVIATION<br>ADMINISTRATION, et al.,<br><br>      Defendants. | Civil Action No. 3:14-cv-02686<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

## NOTICE OF APPEARANCE BY JOHN E. FLAHERTY

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

  **PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Defendant Frontier Airlines, Inc.  The undersigned hereby certifies that he is admitted to practice before this court.

              Respectfully submitted,

              **McCARTER & ENGLISH, LLP**

Dated: May 19, 2014       s/John E. Flaherty
              John E. Flaherty
              McCARTER & ENGLISH, LLP
              Four Gateway Center
              100 Mulberry Street
              Newark, New Jersey 07102
              (973) 622-4444

              *Counsel for Defendant Frontier Airlines, Inc.*

**E-mail: jflaherty@mccarter.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2014, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

By: s/ John E. Flaherty
John E. Flaherty