# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., et al.,<br><br>                   Plaintiffs,<br><br>       v.<br><br>FEDERAL AVIATION ADMINISTRATION, et al.,<br><br>                   Defendants. | Civil Action No. 3:14-cv-02686<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

## NOTICE OF APPEARANCE BY RAVIN R. PATEL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Defendant Frontier Airlines, Inc.  The undersigned hereby certifies that he is admitted to practice before this court.

                                                 Respectfully submitted,

                                                 **McCARTER & ENGLISH, LLP**

Dated: May 19, 2014                     s/Ravin R. Patel
                                                 Ravin R. Patel
                                                 McCARTER & ENGLISH, LLP
                                                 Four Gateway Center
                                                 100 Mulberry Street
                                                 Newark, New Jersey 07102
                                                 (973) 622-4444

                                                 *Counsel for Defendant Frontier Airlines, Inc.*

**E-mail: rpatel@mccarter.com**

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

By: s/ Ravin R. Patel
Ravin R. Patel