May 20, 2014

**VIA ECF**

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re: *Brram, Inc. et al. v. United States Federal Aviation Administration, et al.*
    Case No. 3:14-cv-2686(JAP)(DEA)

Dear Judge Arpert:

On behalf of Defendant Frontier Airlines, Inc., attached please find Certifications and a proposed Consent Order supporting our application for the *pro hac vice* admissions of Robert E. Cohn, Justin A. Savage, and Emily E. Kimball of the firm Hogan Lovells US LLP. All parties in interest have consented to this application.

If the attached papers meet with Your Honor's approval, we respectfully request that you sign the attached Order and have it entered on the docket. Thank you in advance for your kind attention to this matter.

Respectfully,

*s/ John E. Flaherty*

John E. Flaherty

Enclosures

cc: Counsel of Record (via ECF)

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON

ME1 17890635v.1