IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), the Mercer County Board of Chosen Freeholders, and Frontier Airlines, Inc.,<br><br>        Defendant. | Civil Action No. 3:14-cv-02686(JAP)(DEA)<br><br>**CERTIFICATION OF<br>ROBERT E. COHN<br>IN SUPPORT OF APPLICATION<br>FOR ADMISSION PRO HAC VICE** |

I, Robert E. Cohn, of full age, hereby certify pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney-at-law and a partner with Hogan Lovells US LLP with offices located at 555 Thirteenth St., NW, Washington, DC 20004.

2.     I am duly admitted to the bar of the District of Columbia, as of 1969. The office and address of the official maintaining my admission is: The District of Columbia Bar, 1101 K Street, NW, Suite 200, Washington, D.C. 20005. I am a member in good standing in this court.

3.     There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4.     I submit this certification in support of the application by defendant Frontier Airlines, Inc. ("Defendant"), to permit me to appear and participate, *pro hac vice*, as counsel for Defendant at pretrial proceedings and at the trial of this action.

5.  I am familiar with this matter. Defendant has requested that my firm and I appear and participate in its representation in this action.

6.  I am associated in this matter with John E. Flaherty, a member of McCarter & English, LLP, who is the attorney of record for Defendant and, is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this court.

7.  Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8.  Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the Clerk of the United States District Court in the amount of $150.00 pursuant to Local Civil Rule 101.1(c)(3).

9.  I will abide by Local Civil Rule 101.1(c).

10.  I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other courts.

11.  For the foregoing reasons, it is respectfully requested that the Court grant Defendant's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 19, 2014

_____
Robert E. Cohn

ME1 17890677v.1