IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), the Mercer County Board of Chosen Freeholders, and Frontier Airlines, Inc.,<br><br>        Defendant. | Civil Action No. 3:14-cv-02686(JAP)(DEA) |

**CONSENT ORDER FOR *PRO HAC VICE* ADMISSIONS**

This matter having been opened to the Court by McCarter & English, LLP, attorneys for defendant Frontier Airlines, Inc. ("Defendant"), John E. Flaherty appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Robert E. Cohn, Justin A. Savage and Emily E. Kimball admission *pro hac vice* on behalf of the Defendant; counsel for all parties having consented to the form and entry of this Order; and the court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this _____ day of _____, 2014, ORDERED that:

1.    Robert E. Cohn, Justin A. Savage and Emily E. Kimball of the firm Hogan Lovells US LLP with offices located at 555 Thirteenth St., NW, Washington, DC 20004, members in good standing of the Bars in which they are admitted, be hereby permitted to appear *pro hac vice* in the action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs

and other papers filed with the Court on behalf of Defendants shall be signed by a member or associate of the firm of McCarter & English, LLP, who is admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

FURTHER ORDERED that Robert E. Cohn, Justin A. Savage and Emily E. Kimball pay $150.00 to the Clerk, United States District Court of New Jersey; and it is

FURTHER ORDERED that Robert E. Cohn, Justin A. Savage and Emily E. Kimball shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Robert E. Cohn, Justin A. Savage and Emily E. Kimball shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Robert E. Cohn, Justin A. Savage and Emily E. Kimball shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

So Ordered,

_____

Hon. Douglas Arpert, U.S.M.J.