IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), the Mercer County Board of Chosen Freeholders, and Frontier Airlines, Inc.,<br><br>        Defendant. | Civil Action No. 3:14-cv-02686(JAP)(DEA)<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

**REQUEST BY JOHN E. FLAHERTY
FOR *PRO HAC VICE* ATTORNEY TO RECEIVE
ELECTRONIC NOTIFICATION**

Request is hereby made by John E. Flaherty for *pro hac vice* counsel Emily E. Kimball to receive electronic notification in the within matters, and it is represented that:

1. An Order of the Court granting motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Emily E. Kimball.

Dated: May 27, 2014

        s/ John E. Flaherty
        John E. Flaherty
        McCARTER & ENGLISH, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, NJ  07102

(973) 622-4444 (telephone)
(973) 624-7070 (facsimile)

*Counsel for Defendant
Frontier Airlines, Inc.*

PRO HAC VICE ATTORNEY INFORMATION

Emily E. Kimball (emily.kimball@hoganlovells.com
HOGAN LOVELLS U.S. LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004