# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), the Mercer County Board of Chosen Freeholders, and Frontier Airlines, Inc.,<br><br>     Defendant. | Civil Action No. 3:14-cv-02686(JAP)(DEA)<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

## REQUEST BY JOHN E. FLAHERTY
## FOR *PRO HAC VICE* ATTORNEY TO RECEIVE
## ELECTRONIC NOTIFICATION

Request is hereby made by John E. Flaherty for *pro hac vice* counsel Robert E. Cohn to receive electronic notification in the within matters, and it is represented that:

1. An Order of the Court granting motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Robert E. Cohn.

Dated: May 27, 2014

s/ John E. Flaherty
John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102

ME1 17938619v.1

                                        (973) 622-4444 (telephone)
                                        (973) 624-7070 (facsimile)

                                        *Counsel for Defendant*
                                        *Frontier Airlines, Inc.*

<u>PRO HAC VICE ATTORNEY INFORMATION</u>

Robert E. Cohn (robert.cohn@hoganlovells.com)
HOGAN LOVELLS U.S. LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004