

June 13, 2014

**VIA ECF**

Hon. Douglas E. Arpert, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    RE:    *BRRAM, Inc., et al. v. FAA, et al.*,
              <u>Civil Action No. 3:14-cv-02686-JAP-DEA</u>

Dear Judge Arpert:

We, along with Hogan Lovells US LLP, represent Defendant Frontier Airlines, Inc. ("Frontier") in the above-referenced action. We write on behalf of Frontier and defendant Mercer County Board of Chosen Freeholders ("Mercer County") to request an extension of time within which Frontier and Mercer County may answer, move, or otherwise respond to the Complaint filed by Plaintiffs.

Frontier has until June 27, and Mercer County has until June 27, 2014, to answer, move, or otherwise respond to the Complaint. We understand that Defendant Federal Aviation Administration ("FAA") was served on June 5 and, therefore, has until August 4 to answer, move, or otherwise respond to the Complaint.

We respectfully request that the time for Frontier and Mercer County to answer, move, or otherwise respond to the Complaint be extended to the same date as FAA's deadline, August 4, 2014.

There have been no previous requests for an extension of these deadline and Plaintiffs do not oppose this request.

If this request meets with Your Honor's approval, we respectfully request that you sign the attached stipulated order and have it filed on the docket.

Respectfully,

*s/ John E. Flaherty*

John E. Flaherty

Enclosure

cc: Counsel of Record (via ECF)

John E. Flaherty
Partner
T. 973-639-7903
F. 973-297-3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON