# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 3:14-cv-02686 <br><br> Hon. Joel A. Pisano, U.S.D.J. <br> Hon. Douglas E. Arpert, U.S.M.J. |

## STIPULATED ORDER EXTENDING TIME TO ANSWER

WHEREAS Defendant Frontier Airlines, Inc. ("Frontier") has until June 27, 2014, and Defendant Mercer County Board of Chosen Freeholders has until June 27, 2014, to answer, move or otherwise respond to the Complaint;

WHEREAS Frontier and Mercer County request that the time to answer, move, or otherwise respond to the Complaint be extended to the same date as Defendant Federal Aviation Administration's deadline of August 4, 2014;

WHEREAS Plaintiffs do not oppose this request; and

WHEREAS this is Frontier's and Mercer County's first such request for an extension;

IT IS on this _____ day of June, 2014,

ORDERED that the deadline by which Frontier and Mercer County must answer, move or otherwise respond to the Complaint is hereby extended to and including **August 4, 2014**.

_____
**HONORABLE DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**

1

**So Stipulated:**

s/R. William Potter
R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542-7003
(609) 921-9555

*Attorneys for Plaintiffs*

s/John E. Flaherty
John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Robert E. Cohn
Justin A. Savage
Emily E. Kimball
HOGAN LOVELLS U.S. LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

*Attorneys for Defendant Frontier Airlines, Inc.*

s/Arthur R. Sypek, Jr.
Arthur R. Sypek, Jr.
Paul R. Adezio
Joseph P. Blaney
Office of Mercer County Counsel
McDade Administration Building
640 S. Broad Street – P.O. Box 8068
Trenton, NJ 08650-0068
(609) 989-6553

*Attorneys for Defendant Mercer County
Board of Chosen Freeholders*