RECEIVED
JUN 23 2014
AT 8:30_____M
WILLIAM T WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, et al.,<br><br>                         Defendants. | Civil Action No. 3:14-cv-02686<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

## STIPULATED ORDER EXTENDING TIME TO ANSWER

WHEREAS Defendant Frontier Airlines, Inc. ("Frontier") has until June 27, 2014, and Defendant Mercer County Board of Chosen Freeholders has until June 27, 2014, to answer, move or otherwise respond to the Complaint;

WHEREAS Frontier and Mercer County request that the time to answer, move, or otherwise respond to the Complaint be extended to the same date as Defendant Federal Aviation Administration's deadline of August 4, 2014;

WHEREAS Plaintiffs do not oppose this request; and

WHEREAS this is Frontier's and Mercer County's first such request for an extension;

IT IS on this 17th day of June, 2014,

ORDERED that the deadline by which Frontier and Mercer County must answer, move or otherwise respond to the Complaint is hereby extended to and including **August 4, 2014**.

                                                    _____
                                                    HONORABLE DOUGLAS E. ARPERT
                                                    UNITED STATES MAGISTRATE JUDGE