UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRRAM, INC., ET AL.,                                         :
        Plaintiff(s),
                                                      CIVIL ACTION #: 14-2686(JAP)
   VS.
                                       :

UNITED STATES FEDERAL AVIATION
ADMINISTRATION (FAA), ET AL.,
        Defendant(s),

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO F. R. Civ. P. 4 (m)

PLEASE TAKE NOTICE that the following defendants, UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), will be DISMISSED on **July 31, 2014**, for failure to effect service of summons and complaint, within 120 days of filing of complaint. Unless you establish that service was effected within said 120 days or unless good is shown for failure to do so, by the filing of an affidavit with the Court.

By: S/Dana Sledge, Deputy Clerk

Dated: July 24, 2014