PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY

BRRAMN, INC., et al.,          :
                               :
     Plaintiffs,               : Hon. Joel A. Pisano
                               :
     v.                        : Civ. Action No. 14-2686(JAP)
                               :
UNITED STATES FEDERAL          :
AVIATION ADMINISTRATION,       :
et al.,                        :
                               :
     Defendants.               : Document Electronically Filed
                               :
```

**NOTICE OF APPEARANCE**

J. Andrew Ruymann, Assistant U.S. Attorney in the United States Attorney's Office for the District of New Jersey, at 402 East State Street, Room 430, Trenton, New Jersey 08608, hereby enters his appearance in this matter as the attorney representing defendant United States Federal Aviation Administration.

```
                              Respectfully submitted,

                              PAUL J. FISHMAN
                              United States Attorney

                              s/ J. Andrew Ruymann

                              By: J. ANDREW RUYMANN
Dated: July 29, 2014          Assistant U.S. Attorney
```