PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAMN, INC., et al., | : |
| Plaintiffs, | : Hon. Joel A. Pisano |
| v. | : Civ. Action No. 14-2686(JAP) |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, et al., | : |
| Defendants. | : Document Electronically Filed |

**CERTIFICATE OF SERVICE**

I hereby certify that the Notice of Appearance and this Certificate of Service were served upon all counsel of record via this Court's electronic case filing system on July 29, 2014.

s/ J. Andrew Ruymann

J. ANDREW RUYMANN
Assistant U.S. Attorney