PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAMN, INC., et al., : | |
| : | |
|     Plaintiffs, : | Hon. Joel A. Pisano |
| : | |
|     v. : | Civ. Action No. 14-2686(JAP) |
| : | |
| UNITED STATES FEDERAL : | |
| AVIATION ADMINISTRATION, : | |
| et al., : | |
| : | |
|     Defendants. : | Document Electronically Filed |
| : | |
| : | |
| : | **APPLICATION FOR EXTENSION OF** |
| : | **TIME TO ANSWER, MOVE OR** |
| : | **OTHERWISE RESPOND** |

    Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a 14-day extension of time for defendant United States Federal Aviation Administration ("FAA") to answer, move or otherwise respond to the Complaint filed by plaintiffs herein.  It is respectfully requested that the Clerk extend the time for defendant FAA to answer, move or otherwise respond to the Complaint until August 18, 2014, and it is represented that:

    1.  No previous extension has been obtained;

    2.  In that the U.S. Attorney's Office was served with a Summons and the Complaint, on June 5, 2014, and if it is assumed, for this

Application only, that plaintiffs have met all service obligations under the Federal Rules of Civil Procedure, the last day for defendant FAA to answer, move or otherwise respond to the Complaint is August 4, 2104, see Fed. R. Civ. P. 12(a)(2); and

    3.   Defendant FAA expressly reserves its right to contest jurisdiction and service of process.

                                          Respectfully submitted,

                                          PAUL J. FISHMAN
                                          United States Attorney

                                          s/ J. Andrew Ruymann

                                          By: J. ANDREW RUYMANN
Dated: July 29, 2014                  Assistant U.S. Attorney

                                ORDER

    The above application is hereby GRANTED and the period of time for defendant FAA to answer, move or otherwise respond to the Complaint is hereby extended to August 18, 2014.

                                          ORDER DATED _____.


                                          WILLIAM T. WALSH, CLERK


                                          BY: _____
                                          DEPUTY CLERK