```
PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAMN, INC., et al., | : |
| | : |
|     Plaintiffs, | : Hon. Joel A. Pisano |
| | : |
|     v. | : Civ. Action No. 14-2686(JAP) |
| | : |
| UNITED STATES FEDERAL | : |
| AVIATION ADMINISTRATION, | : |
| et al., | : |
| | : |
|     Defendants. | : Document Electronically Filed |
| | : |

**CERTIFICATE OF SERVICE**

I hereby certify that the Application for Extension of Time and this Certificate of Service were served upon all counsel of record via this Court's electronic case filing system on July 29, 2014.

                                              s/ J. Andrew Ruymann

                                              J. ANDREW RUYMANN
                                              Assistant U.S. Attorney