

July 29, 2014

**VIA ECF**

Hon. Douglas E. Arpert, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RE:** *BRRAM, Inc., et al. v. FAA, et al.*,
<u>Civil Action No. 3:14-cv-02686-JAP-DEA</u>

Dear Judge Arpert:

We, along with Hogan Lovells US LLP, represent Defendant Frontier Airlines, Inc. ("Frontier") in the above-referenced action. We write on behalf of Frontier and defendant Mercer County Board of Chosen Freeholders ("Mercer County") to request a 14-day extension within which Frontier and Mercer County may respond to Plaintiff's Complaint.

Your Honor previously extended Frontier's and Mercer County's deadline to the same date as the FAA's deadline, August 4 [D.I. 12]. Subsequently, the FAA filed for a Clerk's Extension to extend their time to respond to August 18 [D.I. 15].

Defendants intend to file motions to dismiss and would appreciate a single consolidated briefing schedule. As such, Frontier and Mercer County respectfully requests that their time to respond to the Complaint be extended to August 18.

If this request meets with Your Honor's approval, we respectfully request that you "so order" this letter and have it filed on the docket.

Respectfully submitted,

*s/ John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via email)

      SO ORDERED on this _____ day
      of _____, 2014:

      _____
      Hon. Douglas E. Arpert, U.S.M.J.

John E. Flaherty
Partner
T. 973-639-7903
F. 973-297-3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON