# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**BRRAM, INC., ET AL.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**UNITED STATES FEDERAL AVIATION**
**ADMINISTRATION (FAA), ET AL.,**
*Defendant*

CASE NUMBER: **3:14-CV-02686-JAP-DEA**

TO: *(Name and address of Defendant):*

**Administrator**
**Federal Aviation Administration**
**c/o Office of Legal Counsel**
**800 Independence Ave., S.W.,**
**Suite 900**
**Washington, DC 20591**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK



## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  June 9, 2014 |
| NAME OF SERVER *(PRINT)*  R. William Potter | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): **Served by certified mail 70111579000042047120 on June 9, 2014.  The return receipt was not returned.  USPS Tracking is attached.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  certified mail | TOTAL  $7.82 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-5-14___
Date

Signature of Server

**194 Nassau St., Princeton, NJ 08542**
*Address of Server*

English          Customer Service          USPS Mobile



Quick Tools                    Ship a Package

# USPS Tracking™

**Tracking Number: 70111570000042047120**

## Product & Tracking Information

**Postal Product:**                    **Features:**
                                        Certified Mail™                                    Te



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 182 |
| Certified Fee | | 330 |
| Return Receipt Fee (Endorsement Required) | | 270 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.82 |

Postmark Here  June 04, 2014

Sent To  Administrator, Federal Aviation Administration
Street, Apt c/o Office of Legal Counsel, #900
or PO Box No.  800 Independence Ave., S.W.
City, State, ZIP+4  Washington, DC 2059

PS Form 3800, August 2006   See Reverse for Instructions

| DATE & TIME | STATUS OF ITEM | LOCATION | En |
|---|---|---|---|
| **June 9, 2014 , 8:54 am** | **Delivered** | **WASHINGTON, DC 20591** | |

Your item was delivered at 8:54 am on June 9, 2014 in WASHINGTON, DC 20591.

| | | |
|---|---|---|
| June 8, 2014 , 1:02 pm | Available for Pickup | WASHINGTON, DC 20591 |
| June 8, 2014 , 12:26 pm | Arrival at Hub | WASHINGTON, DC 20018 |
| June 6, 2014 , 12:16 pm | Depart USPS Sort Facility | WASHINGTON, DC 20018 |
| June 6, 2014 , 10:15 am | Processed through USPS Sort Facility | WASHINGTON, DC 20018 |
| June 5, 2014 , 5:41 am | Depart USPS Sort Facility | TRENTON, NJ 08650 |
| June 4, 2014 , 8:48 pm | Processed through USPS Sort Facility | TRENTON, NJ 08650 |