## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE April 28, 2014 |
| NAME OF SERVER *(PRINT)* R. William Potter | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Deputy County Counsel Paul R. Adezio signed the Waiver of Service of Summons May 12, 2014. Delivery by UPS overnight service on April 28, 2014, corrected Case Number sent.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES waived | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-5-14
                    Date

*Signature of Server*

194 Nassau St., Princeton, NJ 08542
*Address of Server*

United States District Court
for the
District of New Jersey

| | |
|---|---|
| BRRAM, Inc., et al.<br>　　　　　Plaintiffs<br><br>　　v.<br><br>Federal Aviation Administration, et al.<br>　　　　　Defendants | )<br>)<br>)  Civil Action No. 3:14-cv-02686-JAP-DEA<br>)<br>)<br>)<br>) |

## WAIVER OF SERVICE OF SUMMONS

TO:　R. William Potter, Esq.
　　　as Attorney for Plaintiffs, BRRAM, Inc., et al.

　　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy to you.

　　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from April 28, 2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

_5/12/14_　　　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　Typed name
　　　　　　　　　　　　　　　　　　　Paul R. Adezzo (?)
　　　　　　　　　　　　　　　　　　　Ocean County Counsel