| | |
|---|---|
| John E. Flaherty<br>Ravin R. Patel<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444 | Robert E. Cohn<br>Justin A. Savage<br>Emily E. Kimball<br>HOGAN LOVELLS U.S. LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004 |

*Attorneys for Defendant Frontier Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), the Mercer County Board of Chosen Freeholders, and Frontier Airlines, Inc.,<br><br>        Defendants. | Civil Action No. 3:14-cv-02686<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Motion Date: September 15, 2014 |

**TO**:    R. William Potter
           Potter and Dickson
           194 Nassau Street
           Princeton, NJ 08542

**COUNSEL:**

      **PLEASE TAKE NOTICE** that, on September 15, 2014 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant Frontier Airlines,

Inc. ("Frontier"), will move before the Honorable Joel A. Pisano, United States District Judge for the United States District of New Jersey at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, N.J., 08608, for an Order dismissing with prejudice the Complaint filed by Plaintiffs on or about April 28, 2014. The motion is made pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Frontier will rely upon the accompanying Memorandum of Law in Support of the Motion to Dismiss and the proposed form of Order, as well as all pleadings filed in the above-captioned matter.

Dated: August 18, 2014                    Respectfully submitted,

                                                      s/John E. Flaherty
John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Robert E. Cohn
Justin A. Savage
Emily E. Kimball
HOGAN LOVELLS U.S. LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of the foregoing NOTICE OF MOTION TO DISMISS and supporting papers were caused to be served August 18, 2014, via email and/or ECF system upon all counsel of record.

s/John E. Flaherty_____<br>
John E. Flaherty