IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), the Mercer County Board of Chosen Freeholders, and Frontier Airlines, Inc.,<br><br>    Defendants. | Civil Action No. 3:14-cv-02686<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

**THIS MATTER** having come before the Court upon Defendant Frontier Airlines, Inc.'s ("Frontier") Motion to Dismiss Plaintiffs' Complaint in its entirety; and the Court having considered all papers filed in support of the Motion, and all papers filed in response to the Motion, and the oral argument of counsel for the parties, if any; and for good cause having been shown;

  **IT IS** on this _____ day of _____, 2014

  **ORDERED** that pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Frontier's Motion to Dismiss Plaintiffs' Complaint is **GRANTED**; and it is

  **FURTHER ORDERED** that Plaintiffs' Complaint is hereby dismissed with prejudice as to all claims against Frontier.

                     _____
                       **JOEL A. PISANO**
                       **United States District Judge**