John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Robert E. Cohn
Justin A. Savage
Emily E. Kimball
HOGAN LOVELLS U.S. LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

*Attorneys for Defendant Frontier Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne,<br><br>                    Plaintiffs,<br><br>            v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), the Mercer County Board of Chosen Freeholders, and Frontier Airlines, Inc.,<br><br>                    Defendants. | Civil Action No. 3:14-cv-02686<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Frontier Airlines, Inc. ("Frontier"), by and through its undersigned counsel, makes the following corporate disclosure:

Frontier is a wholly-owned subsidiary of Frontier Airlines, Holdings, Inc. ("Frontier Holdings").  Frontier Holdings is a privately-held company and there is accordingly no publicly-held corporation that owns ten percent or more of Frontier's stock.

Dated: August 18, 2014     Respectfully submitted,

          s/John E. Flaherty_____ _____
          John E. Flaherty
          Ravin R. Patel
          McCARTER & ENGLISH, LLP
          Four Gateway Center
          100 Mulberry Street
          Newark, New Jersey 07102
          (973) 622-4444

          Robert E. Cohn
          Justin A. Savage
          Emily E. Kimball
          HOGAN LOVELLS U.S. LLP
          555 Thirteenth Street, N.W.
          Washington, D.C. 20004

          *Attorneys for Defendant Frontier Airlines, Inc.*