**ARTHUR R. SYPEK, JR. (AS1361)**
**MERCER COUNTY COUNSEL**
640 South Broad Street
McDade Administration Building
Trenton, New Jersey 08650
(609)989-6511
By: Paul R. Adezio, Deputy County Counsel
Attorney(s) for Defendant Mercer County Board of Chosen Freeholders

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, MS. HOLLY BUSSEY, MR. WILLIAM LYNCH, MR. RICHARD DeLELLO, MS. JULIE POWER, MR. JOHN GIACOBETTI, MS. DEBORAH LEAMANN, MS. CAROLINE BONDI, MS. DELORES BRIENZA, and MR. RICHARD WAYNE, | : <br> : <br> : <br> : <br> : <br> :   CIVIL ACTION NO. 14-2686 (JAP) <br> : <br> : <br> : <br> : |
|       Plaintiffs, | :   Civil Action <br> : |
| v. | : **NOTICE OF MOTION TO DISMISS** <br> : **PURSUANT TO <u>FEDERAL RULES OF</u>** |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS, and FRONTIER AIRLINES, INC., | : **<u>CIVIL PROCEDURE,</u> 12(b)(6)(1) AND 12(b)(6)** <br> : <br> : <br> : <br> : |
|       Defendants. | : DOCUMENT FILED ELECTRONICALLY <br> : |

TO:   Clerk, United States District Court
      District of New Jersey
      Clarkson S. Fisher Federal Building
      402 East State Street
      Trenton, NJ 08608

      R. William Potter, Esq.
      Potter and Dixon
      194 Nassau St., Ste. 31
      Princeton, NJ 08542-7003
      Attorney for Plaintiffs

John E. Flaherty, Esq.
Ravin R. Patel, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ   07102
Attorney for Defendant Frontier Airlines, Inc.

J. Andrew Ruymann
Assistant U.S. Attorney
Civil Division
U.S. Attorney's Office, District of New Jersey
402 East State Street, Room 430
Trenton, NJ 08608
Attorney for Federal Aviation Administration

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court at the District Court of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on Monday, the 15th day of September, 2014, or as soon thereafter as counsel may be heard for an Order dismissing Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12(b)(6)(1) and 12(b)(6).

The undersigned shall rely upon the Brief annexed hereto.

Pursuant to L.Civ.R. 78.1(b), oral argument is hereby waived.

A proposed form of Order is annexed hereto.

Arthur R. Sypek, Jr.
Mercer County Counsel

/S/Paul R. Adezio
By: Paul R. Adezio
Deputy County Counsel

Dated:   August 18, 2014