**ARTHUR R. SYPEK, JR. (AS1361)**
**MERCER COUNTY COUNSEL**
640 South Broad Street
McDade Administration Building
Trenton, New Jersey 08650
(609)989-6511
By: Paul R. Adezio, Deputy County Counsel
Attorney(s) for Defendant Mercer County Board of Chosen Freeholders

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

| | | |
|---|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, MS. HOLLY BUSSEY, MR. WILLIAM LYNCH, MR. RICHARD DeLELLO, MS. JULIE POWER, MR. JOHN GIACOBETTI, MS. DEBORAH LEAMANN, MS. CAROLINE BONDI, MS. DELORES BRIENZA, and MR. RICHARD WAYNE, | : : : : : : : : : : | CIVIL ACTION NO. 14-2686 (JAP) |
| Plaintiff, | : : | Civil Action |
| v. | : : | **ORDER** |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS, and FRONTIER AIRLINES, INC., | : : : : : : | |
| Defendants. | : : | DOCUMENT FILED ELECTRONICALLY |

**THIS MATTER,** having been opened to the Court by Mercer County Counsel's Office, attorneys for Defendant Mercer County Board of Chosen Freeholders, Paul R. Adezio, Deputy County Counsel appearing, on Notice of Motion for an Order to dismiss Plaintiff's Complaint with prejudice pursuant to Fed.R.Civ.P. 12(b)(6)(1) and 12(b)(6), and the Court having reviewed the moving and opposing papers and good cause having been shown,

IT IS on this                     day of                                        , 2014

**ORDERED** that Plaintiffs' Complaint against Defendant Mercer County Board of

Chosen Freeholders be and hereby is dismissed with prejudice.

_____