**ARTHUR R. SYPEK, JR. (AS1361)**
**MERCER COUNTY COUNSEL**
640 South Broad Street
McDade Administration Building
Trenton, New Jersey   08650
(609)989-6511
By: Paul R. Adezio, Deputy County Counsel
Attorney(s) for Defendant Mercer County Board of Chosen Freeholders

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania, MS. HOLLY BUSSEY, MR. WILLIAM LYNCH, MR. RICHARD DeLELLO, MS. JULIE POWER, MR. JOHN GIACOBETTI, MS. DEBORAH LEAMANN, MS. CAROLINE BONDI, MS. DELORES BRIENZA, and MR. RICHARD WAYNE, | : <br> : <br> : <br> : <br> : CIVIL ACTION NO. 14-2686 (JAP) <br> : <br> : <br> : <br> : |
| Plaintiff, | : Civil Action <br> : |
| v. | : **CERTIFICATION OF SERVICE** <br> : |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS, and FRONTIER AIRLINES, INC., | : <br> : <br> : <br> : <br> : |
| Defendants. | : DOCUMENT FILED ELECTRONICALLY <br> : |

On August 18, 2014, the undersigned filed the following: Notice of Motion, supporting Brief and proposed Order electronically via CM/ECF with the Clerk of the United States District Court, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608.   Copies were served on all counsel via CM/ECF.

I certify that the foregoing statements made by me are true.   I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                  Arthur R. Sypek, Jr.
                                                  Mercer County Counsel

                                                  /s/Paul R. Adezio
                                                  By: Paul R. Adezio
                                                  Deputy County Counsel

Dated: August 18, 2014