PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
BRRAMN, INC., et al.,           :
                                :
    Plaintiffs,                 : Hon. Joel A. Pisano
                                :
    v.                          : Civ. Action No. 14-2686(JAP)
                                :
UNITED STATES FEDERAL           :
AVIATION ADMINISTRATION,        :
et al.,                         :
                                :
    Defendants.                 : Document Electronically Filed
                                :
```

**NOTICE OF MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

To: R. William Potter, Esq.
    Potter and Dickson
    194 Nassau Street
    Suite 31
    Princeton, New Jersey 08542

PLEASE TAKE NOTICE that on September 15, 2014, the undersigned attorney, on behalf of defendant, United States Federal Aviation Administration, will move before the Honorable Joel A. Pisano, United States District Judge, United States District Court, at 402 East State Street, Trenton, New Jersey, for an order dismissing the Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

In support of this Motion, defendant will rely upon the Memorandum in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the Declaration of Bruce Montigney, and the exhibits thereto.  A form of Order is submitted along with this Notice of Motion.

Defendant does not request oral argument.

                                      Respectfully submitted,

                                      PAUL J. FISHMAN
                                      United States Attorney

                                      <u>s/ J. Andrew Ruymann</u>

                                      By: J. ANDREW RUYMANN
                                      Assistant U.S. Attorney

Dated: August 18, 2014