IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, et al. ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 3:14-cv-02686-JAP-DEA |
| v. ) | |
| ) | |
| FEDERAL AVIATION ADMINISTATION,) | |
| et al., ) | |
| Defendants. ) | |

## DECLARATION OF BRUCE A. MONTIGNEY

I, Bruce A. Montigney, hereby state under penalty of perjury the following facts:

1. I am the manager of the Indianapolis Flight Standards District Office. As part of my duties I am responsible for overseeing the administration of Frontier's Air Carrier Certificate.

2. Frontier holds an Air Carrier certificate issued by the Federal Aviation Administration pursuant to 49 U.S.C. §44705 and 14 C.F.R. part 119. Frontier provides scheduled air service under part 121 of the Federal Aviation Regulations [14 C.F.R. part 121].

3. Frontier also holds Operating Specifications (OpSpecs) issued pursuant to 49 U.S.C. §44705 and part 119 of the Federal Aviation Regulations [14 C.F.R. part 119].

4. OpSpecs are issued to a holder of an air carrier certificate to define the conditions under which the air carrier must operate to ensure a safe operation.

5. Air carriers are required to operate in conformity with their OpSpecs.

6. One of the required elements of an air carrier's OpSpecs is a list of airports the carrier may serve in scheduled operations.

7. In order to include an airport in an air carrier's OpSpecs, the FAA must determine that the air carrier is able to conduct scheduled operations to and from that airport safely.

8. OpSpecs may be amended at the request of the air carrier. OpSpecs may also be amended at the discretion of the FAA when the FAA determines that an amendment is required by safety in air transportation or air commerce and the public interest.

1

9. As the certificate holding district office for Frontier, the Indianapolis FSDO is responsible for managing the OpSpecs for Frontier, including making the decision to amend Frontier's OpSpecs.

10. By letter dated September 19, 2012, Frontier requested amendment of its OpSpecs to permit it to serve Trenton-Mercer County Airport as a regular airport. Exhibit A, Letter from Frontier Airlines to FAA, is a copy of Frontier's request for amendment of its OpSpecs.

11. On September 25, 2012, after determining that Frontier could safely provide regular scheduled service at Trenton-Mercer County Airport, the FAA approved an amendment to Frontier's OpSpecs to include Trenton-Mercer County Airport. Exhibit B to this declaration, Frontier Airlines Operations Specifications C070, dated September 25, 2012 reflects this decision. Once Frontier's OpSpecs were approved to permit it to operate at Trenton-Mercer County Airport, Frontier required no further approvals with respect to service at Trenton-Mercer County Airport. Frontier is free to determine which other airports approved in its OpSpecs it will serve from Trenton-Mercer County Airport, as well as the number of flights it will provide. These matters are business decisions made by the carrier without FAA involvement.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this _14TH_ day of August 2014.

_Bruce A Montigney_

# Exhibit A



**FRONTIER**

Frontier Airlines, Inc.  P 720-374-7400   www.frontierairlines.com
7001 Tower Road
Denver, Colorado 80249

September 19, 2012

Dale Snider
Flight Standards District Office
1201 Columbia Road, Suite 101
Plainfield, IN. 46168-7582
Tel: (317) 837-4473

Subject:   Scheduled Airbus service from TTN.

Dear Mr. Snider,

Please accept this letter as notification that Frontier Airlines intends to begin scheduled service from Trenton New Jersey (TTN).

Service is scheduled to begin on November 16, 2012 utilizing the Airbus A320 series aircraft.

| Route | Departs | Arrives | Frequency | Aircraft |
|---|---|---|---|---|
| 316 MCO-TTN | 07:25 | 09:50 | Friday | A320 series |
| 317 TTN-MCO | 12:55 | 18:35 | Friday | A320 series |

Please accept this as Frontier Airlines official letter of request to add Trenton New Jersey (TTN) to the Frontier Airlines Operations Specifications C070 airports as a Regular (R) and Alternate (A) airport.

Sincerely,

Jim Colburn
Director of Operations

Cc:  J. Colburn     K. Elkin        J. Bendoraitis   D. Diehl    C. Van Leuven
     J. Taras       B. Westgate     J. Carlson       J. Ward

*A whole different animal.*

Exhibit B

U.S. Department
of Transportation
Federal Aviation
Administration

Operations Specifications

## C070 . Airports Authorized for Scheduled Operations

HQ Control: 07/25/2001
HQ Revision: 04b

a. The certificate holder is authorized to conduct scheduled passenger and cargo operations between the regular, refueling, and provisional airports specified in the following table. Except for alternate airports, the certificate holder shall not use any other airport in the conduct of scheduled passenger and cargo operations. The certificate holder shall maintain a list of alternate airports which can be used and shall not use any alternate airport unless it is suitable for the type of aircraft being used and the kind of operation being conducted.

b. The following definitions shall apply:

Regular Airport. An airport approved under scheduled service to a community as the regular stop to that community.

Refueling Airport. An airport approved as an airport to which flights may be dispatched only for refueling.

Provisional Airport. An airport approved for use by an air carrier for the purpose of providing scheduled service to a community when the regular airport serving that community is not available.

Alternate Airport. An airport at which an aircraft may land if a landing at the intended airport becomes inadvisable.

NOTE: Refueling and provisional airports are not applicable to Part 135 operations;
R = Regular, F = Refueling, A = Alternate, and P = Provisional

The complete Airports Authorized for Scheduled Operations table begins on the next page.

U.S. Department
of Transportation
Federal Aviation
Administration

Operations Specifications

## Airports Authorized for Scheduled Operations

| AIRPORTS | | AIRCRAFT AUTHORIZED | | | |
|---|---|---|---|---|---|
| Location | Provisional | A-318 | A-319 | A-320 | |
| ABILENE/REGIONAL, TX., UNITED STATES; KABI | N/A | A | A | A | |
| ACAPULCO, MEXICO; MMAA | N/A | A | A | A | |
| AKRON-CANTON REGIONAL,OH., UNITED STATES; KCAK | N/A | A,R | A,R | A,R | |
| ALBANY INTERNATIONAL, NY., UNITED STATES; KALB | N/A | A | A | A | |
| ALBUQUERQUE/INTL, NM, UNITED STATES; KABQ | N/A | A,R | A,R | A,R | |
| ALEXANDRIA/INTL, LA., UNITED STATES; KAEX | N/A | A | A | A | |
| ALLENTOWN/LEHIGH VALLEY INTL, PA., UNITED STATES, KABE | N/A | A,R | A,R | A,R | |
| AMARILLO INTL, TX., UNITED STATES; KAMA | N/A | A | A | A | |
| ANCHORAGE/ELMENDORF AFB,AK., ALASKA (U.S.); PAED | N/A | A | A | A | |
| ANCHORAGE/INTL.,AK., ALASKA (U.S.); PANC | N/A | A,R | A,R | A,R | |
| ATLANTA/HARTSFIELD-JACKSON ATLANTA INTL, GA., UNITED STATES; KATL | N/A | A,R | A,R | A,R | |
| ATLANTIC CITY/INTL, NJ., UNITED STATES; KACY | N/A | A | A | A | |
| AUGUSTA-AUGUSTA REGIONAL AT BUSH FIELD, GA., UNITED STATES; KAGS | N/A | A | A | A | |
| AUSTIN/BERGSTROM INTERNATIONAL, TX, UNITED STATES; KAUS | N/A | A,R | A,R | A,R | |
| BAKERSFIELD/MEADOWS FIELD, CA., UNITED STATES; KBFL | N/A | A | A | A | |
| BALTIMORE-WASHINGTON INTL. THURGOOD MARSHALL, MD., UNITED STATES; KBWI | N/A | A,R | A,R | A,R | |
| BANGOR/INTL, ME., UNITED STATES; KBGR | N/A | A | A | A | |
| BATON ROUGE METROPOLITAN/RYAN FIELD,D.LA., UNITED STATES; KBTR | N/A | A | A | A | |
| BEAUMONT/PORT ARTHUR/JACK BROOKS REGIONAL, TX., UNITED STATES; KBPT | N/A | A | A | A | |
| BELLEVILLE/SCOTT AFB/MIDAMERICA, IL., UNITED STATES; KBLV | N/A | A | A | A | |

Frontier Airlines, Inc.          C070-2          Certificate No.: F3LA080Y

U.S. Department
of Transportation
Federal Aviation
Administration                    Operations Specifications

| AIRPORTS | | AIRCRAFT AUTHORIZED | | |
| --- | --- | --- | --- | --- |
| Location | Provisional | A-318 | A-319 | A-320 |
| BELLINGHAM/INTL, WA., UNITED STATES: KBLI | N/A | A,R | A,R | A,R |
| BILLINGS LOGAN INTL,MT., UNITED STATES; KBIL | N/A | A | A | A |
| BLOOMINGTON/NORMAL/CENTRAL ILLINOIS REGIONAL, IL., UNITED STATES; KBMI | N/A | A,R | A,R | A,R |
| BOISE AIR TERMINAL/GOWEN FLD ,ID., UNITED STATES; KBOI | N/A | A,R | A,R | A,R |
| BOSTON/GENERAL E.L.LOGAN INTL, MA., UNITED STATES; KBOS | N/A | A,R | A,R | A,R |
| BOZEMAN/GALLATIN FIELD, MT., UNITED STATES; KBZN | N/A | A,R | A,R | A,R |
| BRADLEY INTL AIRPORT WINDSOR LOCKS, CT., UNITED STATES: KBDL | N/A | A | A | A |
| BRANSON AIRPORT, UNITED STATES; KBBG | N/A | A,R | A,R | A,R |
| BUFFALO NIAGARA INTL AIRPORT, NY., UNITED STATES: KBUF | N/A | A | A | A |
| BULLHEAD CITY/LAUGHLIN/BULLHEAD INT'L. AZ. UNITED STATES: KIFP | N/A | A | A | A |
| CANCUN, MEXICO: MMUN | N/A | - | A,R | A,R |
| CASPER/NATRONA COUNTY INTL, WY., UNITED STATES: KCPR | N/A | A | A | A |
| CHARLOTTE/DOUGLAS INTL,NC., UNITED STATES: KCLT | N/A | A | A | A |
| CHATTANOOGA/LOVELL FIELD, TN., UNITED STATES: KCHA | N/A | A | A | A |
| CHEYENNE/REGIONAL/JERRY OLSON FIELD,WY., UNITED STATES: KCYS | N/A | A | A | A |
| CHICAGO/CHICAGO-MIDWAY INTL,IL., UNITED STATES; KMDW | N/A | A,R | A,R | A,R |
| CHICAGO/O'HARE INTL. IL., UNITED STATES; KORD | N/A | A,R | A,R | A,R |
| CINCINNATI/NORTHERN KENTUCKY INTL, OH., UNITED STATES; KCVG | N/A | A,R | A,R | A,R |
| CLEVELAND/CLEVELAND-HOPKINS INTL,OH., UNITED STATES; KCLE | N/A | A,R | A,R | A,R |
| COLORADO SPRINGS/CITY OF COLORADO SPRINGS MUNI., CO., UNITED STATES: KCOS | N/A | A,R | A,R | A,R |
| COLUMBIA METROPOLITAN,SC., UNITED STATES: KCAE | N/A | A | A | A |
| COLUMBIA REGIONAL,MO., UNITED STATES: KCOU | N/A | A | A | A |

Frontier Airlines, Inc.                    C070-3                    Certificate No.: F3LA008Y

U.S. Department
of Transportation
Federal Aviation
Administration          Operations Specifications

| AIRPORTS | | AIRCRAFT AUTHORIZED | | |
| --- | --- | --- | --- | --- |
| Location | Provisional | A-318 | A-319 | A-320 |
| COLUMBUS/PORT COLUMBUS INTL, OH., UNITED STATES: KCMH | N/A | A | A | A |
| COZUMEL, MEXICO; MMCZ | N/A | - | A,R | A,R |
| CULIACAN, MEXICO; MMCL | N/A | A | A | A |
| DALLAS/DALLAS-LOVE FIELD,TX., UNITED STATES: KDAL | N/A | A | A | A |
| DALLAS-FORT WORTH/INTL,TX., UNITED STATES; KDFW | N/A | A,R | A,R | A,R |
| DAYTON/JAMES M. COX DAYTON INTL, OH., UNITED STATES; KDAY | N/A | A,R | A,R | A,R |
| DAYTONA BEACH/INTL, FL., UNITED STATES; KDAB | N/A | A | A | A |
| DENVER INTERNATIONAL, CO., UNITED STATES; KDEN | N/A | A,R | A,R | A,R |
| DES MOINES INTL,IA., UNITED STATES; KDSM | N/A | A,R | A,R | A,R |
| DETROIT/METROPOLITAN WAYNE COUNTY, MI., UNITED STATES; KDTW | N/A | A,R | A,R | A,R |
| DUBUQUE REGIONAL,IA., UNITED STATES; KDBQ | N/A | A | A | A |
| DULUTH/INTL, MN., UNITED STATES; KDLH | N/A | A | A | A |
| DURANGO/INT'L, MEXICO; MMDO | N/A | A | A | A |
| EL PASO/INTL, TX., UNITED STATES: KELP | N/A | A | A | A |
| EUGENE/MAHLON SWEET FIELD,OR, UNITED STATES; KEUG | N/A | A | A | A |
| EVANSVILLE REGIONAL,IN., UNITED STATES: KEVV | N/A | A | A | A |
| EVERETT/SNOHOMISH COUNTY- PAINE FIELD, WA., UNITED STATES: KPAE | N/A | A | A | A |
| FAIRBANKS/EIELSON AFB,AK., ALASKA (U.S.); PAEI | N/A | A | A | A |
| FAIRBANKS/INTL,AK., ALASKA (U.S.); PAFA | N/A | A,R | A,R | A,R |
| FARGO/HECTOR INT'L,ND., UNITED STATES: KFAR | N/A | A | A | A |
| FARMINGTON/ FOUR CORNERS REGIONAL, NM, UNITED STATES: KFMN | N/A | A | A | A |
| FLINT/BISHOP INTL,MI., UNITED STATES; KFNT | N/A | A | A | A |
| FORT COLLINS/LOVELAND MUNI, CO, UNITED STATES: KFNL | N/A | A | A | A |

Frontier Airlines, Inc.          C070-4          Certificate No.: F3LA008Y

U.S. Department of Transportation
Federal Aviation Administration

Operations Specifications

## AIRPORTS

| Location | Provisional | AIRCRAFT AUTHORIZED | | | |
|---|---|---|---|---|---|
| | | A-318 | A-319 | A-320 | |
| FORT LAUDERDALE/FORT LAUDERDALE-HOLLYWOOD INT'L, FL., UNITED STATES: KFLL | N/A | A,R | A,R | A,R | |
| FORT MYERS/SOUTHWEST FLORIDA AIRPORT, FL., UNITED STATES: KRSW | N/A | A,R | A,R | A,R | |
| FORT WAYNE INTERNATIONAL, IN., UNITED STATES: KFWA | N/A | A | A | A | |
| FRESNO-YOSEMITE INTERNATIONAL, CA., UNITED STATES: KFAT | N/A | A | A | A | |
| GAINESVILLE REGIONAL, FL., UNITED STATES: KGNV | N/A | A | A | A | |
| GRAND JUNCTION/REGIONAL, CO., UNITED STATES: KGJT | N/A | A | A | A | |
| GRAND RAPIDS/GERALD R. FORD INT'L, MI., UNITED STATES: KGRR | N/A | A,R | A,R | A,R | |
| GREEN BAY/AUSTIN STRAUBEL, WI., UNITED STATES: KGRB | N/A | A,R | A,R | A,R | |
| GUADALAJARA, MEXICO: MMGL | N/A | A | A | A | |
| GULFPORT/GULFPORT-BILOXI INT'L, MS, UNITED STATES: KGPT | N/A | A | A | A | |
| HARRISBURG/INT'L, PA., UNITED STATES: KMDT | N/A | A,R | A,R | A,R | |
| HOUSTON/GEORGE BUSH INTERCONTINENTAL, TX., UNITED STATES: KIAH | N/A | A,R | A,R | A,R | |
| HOUSTON/WILLIAM P. HOBBY, TX., UNITED STATES: KHOU | N/A | A,R | A,R | A,R | |
| INDIANAPOLIS/INT'L, IN., UNITED STATES: KIND | N/A | A,R | A,R | A,R | |
| ISLIP/LONG ISLAND MACARTHUR, NY., UNITED STATES: KISP | N/A | A | A | A | |
| JACKSON HOLE, WY., UNITED STATES: KJAC | N/A | R | R | R | |
| JACKSON-EVERS INT'L AIRPORT, MS., UNITED STATES: KJAN | N/A | A | A | A | |
| JACKSONVILLE/INT'L, FL., UNITED STATES: KJAX | N/A | A,R | A,R | A,R | |
| KANSAS CITY/INT'L, MO., UNITED STATES: KMCI | N/A | A | A | A | |
| KENAI/MUNI, AK., ALASKA (U.S.): PAEN | N/A | A | A | A | |
| KINGSTON/NORMAN MANLEY, JAMAICA: MKJP | N/A | A | A | A | |
| KNOXVILLE/MCGHEE TYSON, TN., UNITED STATES: KTYS | N/A | A,R | A,R | A,R | |
| LA CROSSE/MUNI, WI., UNITED STATES: KLSE | N/A | A | A | A | |

Frontier Airlines, Inc.     C070-5     Certificate No.: F3LA008Y

U.S. Department of Transportation
Federal Aviation Administration

Operations Specifications

## AIRPORTS

| Location | Provisional | AIRCRAFT AUTHORIZED | | |
|---|---|---|---|---|
| | | A-318 | A-319 | A-320 |
| LA PAZ INTERNATIONAL, MEXICO; MMLP | N/A | A | A | A |
| LAFAYETTE/REGIONAL, LA., UNITED STATES; KLFT | N/A | A | A | A |
| LANSING/CAPITAL REGION INTL, MI., UNITED STATES; KLAN | N/A | A | A | A |
| LARAMIE/REGIONAL, WY., UNITED STATES; KLAR | N/A | A | A | A |
| LAS VEGAS/MCCARRAN INTL, NV., UNITED STATES; KLAS | N/A | A,R | A,R | A,R |
| LIBERIA/DANIEL ODUBER INTL., COSTA RICA; MRLB | N/A | A,R,F | A,R,F | A,R,F |
| LINCOLN, NE. UNITED STATES; KLNK | N/A | A | A | A |
| LITTLE ROCK/ADAMS FIELD, AR., UNITED STATES; KLIT | N/A | A,R | A,R | A,R |
| LONG BEACH/DAUGHERTY FIELD, CA., UNITED STATES; KLGB | N/A | A | A | A |
| LORETO, MEXICO; MMLT | N/A | A | A | A |
| LOS ANGELES/INTL., CA., UNITED STATES; KLAX | N/A | A,R | A,R | A,R |
| LOUISVILLE/STANDIFORD,KY., UNITED STATES; KSDF | N/A | A,R | A,R | A,R |
| MACON/MIDDLE GEORGIA REGIONAL, GA., UNITED STATES; KMCN | N/A | A,R | A,R | A,R |
| MADISON/DANE COUNTY REGIONAL TRUAX FIELD, WI., UNITED STATES; KMSN | N/A | A,R | A,R | A,R |
| MANAGUA/AUGUSTO CESAR SANDINO, NICARAGUA; MNMG | N/A | A | A | A |
| MANCHESTER/MANCHESTER,NH., UNITED STATES; KMHT | N/A | A | A | A |
| MAZATLAN, MEXICO; MMMZ | N/A | A,R | A,R | A,R |
| MEDFORD/ROGUE VALLEY INTL, OR., UNITED STATES; KMFR | N/A | A | A | A |
| MELBOURNE/INTL., FL., UNITED STATES; KMLB | N/A | A | A | A |
| MEMPHIS/INTL., TENN., UNITED STATES; KMEM | N/A | A | A | A |
| MERIDA, MEXICO; MMMD | N/A | . | A | A |
| MEXICO CITY/BENITO JUAREZ INTL, MEXICO; MMMX | N/A | A | A | A |

Frontier Airlines, Inc.   C070-6   Certificate No.: F3LA008Y

U.S. Department
of Transportation
Federal Aviation
Administration

Operations Specifications

## AIRPORTS

| Location | Provisional | A-318 | A-319 | A-320 |
|---|---|---|---|---|
| MIAMI/INTL., FL, UNITED STATES: KMIA | N/A | A | A | A |
| MILWAUKEE/GENERAL MITCHELL INTL., WI., UNITED STATES: KMKE | N/A | A,R | A,R | A,R |
| MINNEAPOLIS-ST PAUL/WOLD CHAMBERLAIN,MN., UNITED STATES: KMSP | N/A | A,R | A,R | A,R |
| MOBILE/REGIONAL, AL, UNITED STATES: KMOB | N/A | A | A | A |
| MOLINE/QUAD CITY INTL, IL., UNITED STATES: KMLI | N/A | A | A | A |
| MONROE/MONROE REGIONAL,LA., UNITED STATES: KMLU | N/A | A | A | A |
| MONTEGO BAY/SANGSTER, JAMAICA: MKJS | N/A | · | A,R | A,R |
| MONTGOMERY/REGIONAL (DANNELLY FIELD), AL., UNITED STATES: KMGM | N/A | A | A | A |
| MONTROSE REGIONAL, CO, UNITED STATES: KMTJ | N/A | A | A | A |
| MOSES LAKE/ GRANT CO. INTL., WA, U.S., UNITED STATES: KMWH | N/A | A | A | A |
| NASHVILLE/INTL.,TN., UNITED STATES: KBNA | N/A | A,R | A,R | A,R |
| NEW ORLEANS/INTL.-LOUIS ARMSTRONG,LA., UNITED STATES: KMSY | N/A | A,R | A,R | A,R |
| NEW YORK/JOHN F. KENNEDY INTL., NY., UNITED STATES: KJFK | N/A | A | A | A |
| NEW YORK/LA GUARDIA, NY., UNITED STATES: KLGA | N/A | A,R | A,R | A,R |
| NEWARK/LIBERTY INTL., NJ., UNITED STATES: KEWR | N/A | A | A | A |
| NEWBURGH/STEWART INTL,NY., UNITED STATES: KSWF | N/A | A | A | A |
| NEWPORT NEWS/WILLIAMSBURG INTL,VA., UNITED STATES: KPHF | N/A | A,R | A,R | A,R |
| NORTH PLATTE/REGIONAL,NE., UNITED STATES: KLBF | N/A | A | A | A |
| OAKLAND/METROPOLITAN OAKLAND INTL, CA., UNITED STATES: KOAK | N/A | A | A | A |
| OGDEN/HINCKLEY,UT., UNITED STATES: KOGD | N/A | A | A | A |
| OKLAHOMA CITY/WILL ROGERS WORLD, OK., UNITED STATES: KOKC | N/A | A | A,R | A,R |
| OMAHA/EPPLEY AIR FIELD,NE., UNITED STATES: KOMA | N/A | A,R | A,R | A,R |
| ONTARIO/INTL., CA., UNITED STATES: KONT | N/A | A | A | A |

U.S. Department
of Transportation
Federal Aviation
Administration     Operations Specifications

| AIRPORTS | | AIRCRAFT AUTHORIZED | | |
|---|---|---|---|---|
| Location | Provisional | A-318 | A-319 | A-320 |
| ORLANDO/INTL,FL., UNITED STATES: KMCO | N/A | A,R | A,R | A,R |
| ORLANDO/SANFORD INTL, FL., UNITED STATES: KSFB | N/A | A | A | A |
| PALM SPRINGS/REGIONAL,CA, UNITED STATES: KPSP | N/A | A,R | A,R | A,R |
| PANAMA CITY/TOCUMEN INTL., PANAMA: MPTO | N/A | A | A | A |
| PEORIA/GENERAL DOWNING - PEORIA INTL, IL., UNITED STATES: KPIA | N/A | A | A | A |
| PHILADELPHIA/INTL, PA., UNITED STATES: KPHL | N/A | A,R | A,R | A,R |
| PHOENIX/MESA GATEWAY, AZ., UNITED STATES: KIWA | N/A | A | A | A |
| PHOENIX/SKY HARBOR INTL., AZ., UNITED STATES: KPHX | N/A | A,R | A,R | A,R |
| PITTSBURGH INTL AIRPORT, PA., UNITED STATES: KPIT | N/A | A,R | A,R | A,R |
| POCATELLO/REGIONAL,ID., UNITED STATES: KPIH | N/A | A | A | A |
| PORT-AU-PRINCE/INTL, HAITI: MTPP | N/A | A | A | A |
| PORTLAND/INTL JETPORT,ME., UNITED STATES: KPWM | N/A | A | A | A |
| PORTLAND/INTL, OR., UNITED STATES: KPDX | N/A | A,R | A,R | A,R |
| PORTSMOUTH/INTL AT PEASE, NH., UNITED STATES: KPSM | N/A | A | A | A |
| PROVIDENCE/THEODORE FRANCIS GREENE STATE,RI., UNITED STATES: KPVD | N/A | A | A | A |
| PROVO MUNICIPAL AIRPORT, UT, UNITED STATES: KPVU | N/A | A | A | A |
| PUEBLO MEMORIAL, CO..., UNITED STATES: KPUB | N/A | A | A | A |
| PUERTO VALLARTA, MEXICO: MMPR | N/A | A,R | A,R | A,R |
| PUNTA CANA, DOMINICAN REPUBLIC: MDPC | N/A | - | A,R | A,R |
| RALEIGH/DURHAM,NC., UNITED STATES: KRDU | N/A | A | A | A |
| REDMOND/ROBERTS FIELD,OR., UNITED STATES: KRDM | N/A | A | A | A |
| RENO/TAHOE INTL., NV., UNITED STATES: KRNO | N/A | A | A | A |
| RICHMOND/INTL, VA., UNITED STATES: KRIC | N/A | A | A | A |

Frontier Airlines, Inc.     C070-8     Certificate No.: F3LA008Y

U.S. Department
of Transportation
Federal Aviation
Administration

Operations Specifications

## AIRPORTS

| Location | Provisional | AIRCRAFT AUTHORIZED ||||
|---|---|---|---|---|---|
| | | A-318 | A-319 | A-320 |
| ROCHESTER/INTL, MN., UNITED STATES: KRST | N/A | A | A | A |
| ROCKFORD/CHICAGO-ROCKFORD INTL, IL., UNITED STATES: KRFD | N/A | A,R | A,R | A,R |
| ROCKSPRINGS/SWEETWATER COUNTY WY., UNITED STATES: KRKS | N/A | A | A | A |
| ROSWELL-INTL AIR CENTER, NM., UNITED STATES: KROW | N/A | A | A | A |
| SACRAMENTO INTERNATIONAL AIRPORT, CA., UNITED STATES: KSMF | N/A | A,R | A,R | A,R |
| SACRAMENTO MATHER AIRPORT, CA, UNITED STATES: KMHR | N/A | A | A | A |
| SALEM/MCNARY FIELD,OR., UNITED STATES: KSLE | N/A | A | A | A |
| SALINA-MUNI,KS., UNITED STATES: KSLN | N/A | A | A | A |
| SALT LAKE CITY-INTL,UT., UNITED STATES: KSLC | N/A | A,R | A,R | A,R |
| SAN ANTONIO/INTL, TX., UNITED STATES: KSAT | N/A | A | A | A |
| SAN DIEGO/SAN DIEGO INTL-LINDBERGH FIELD, CA, UNITED STATES: KSAN | N/A | A,R | A,R | A,R |
| SAN FRANCISCO/INTL,CA., UNITED STATES: KSFO | N/A | A,R | A,R | A,R |
| SAN JOSE DEL CABO, MEXICO: MMSD | N/A | A,R | A,R | A,R |
| SAN JOSE/INTL,CA., UNITED STATES: KSJC | N/A | A | A | A |
| SAN JOSE/JUAN SANTAMARIA INTL., COSTA RICA: MROC | N/A | - | A,R | A,R |
| SAN PEDRO SULA/LA MESA INTL, HONDURAS: MHLM | N/A | A | A | A |
| SAN SALVADOR/EL SALVADOR INTL, EL SALVADOR: MSLP | N/A | A | A | A |
| SANTA ANA/JOHN WAYNE ARPT ORANGE COUNTY,CA., UNITED STATES: KSNA | N/A | R | R | R |
| SANTO DOMINGO/LAS AMERICAS INTL. DOMINICAN REPUBLIC: MDSD | N/A | A | A | A |
| SARASOTA/BRADENTON,FL., UNITED STATES: KSRQ | N/A | A | A | A |
| SAVANNAH/HILTON HEAD INTL, GA., UNITED STATES: KSAV | N/A | A | A | A |
| SCOTTSBLUFF/WESTERN NEBRASKA REGIONAL/WILLIAM B. HEILIG FIELD, NE., UNITED STATES: KBFF | N/A | A | A | A |

U.S. Department
of Transportation
Federal Aviation
Administration                      Operations Specifications

| AIRPORTS | | AIRCRAFT AUTHORIZED | | |
|---|---|---|---|---|
| Location | Provisional | A-318 | A-319 | A-320 |
| SEATTLE/BOEING FIELD/KING COUNTY INTL, WA., UNITED STATES: KBFI | N/A | A | A | A |
| SEATTLE/SEATTLE-TACOMA INTL, WA., UNITED STATES: KSEA | N/A | A,R | A,R | A,R |
| SHREVEPORT/REGIONAL,LA., UNITED STATES: KSHV | N/A | A | A | A |
| SIOUX FALLS/JOE FOSS FIELD, SD., UNITED STATES: KFSD | N/A | A | A | A |
| SOUTH BEND/MICHIANA RGNAL, IN., UNITED STATES: KSBN | N/A | A,R | A,R | A,R |
| SPOKANE/INTL, WA., UNITED STATES: KGEG | N/A | A,R | A,R | A,R |
| SPRINGFIELD/ABRAHAM LINCOLN CAPITAL, IL., UNITED STATES: KSPI | N/A | A | A | A |
| SPRINGFIELD/BRANSON NATIONAL, MO., UNITED STATES: KSGF | N/A | A | A | A |
| ST. LOUIS/LAMBERT-ST. LOUIS INTL, MO., UNITED STATES: KSTL | N/A | A,R | A,R | A,R |
| ST. PETERSBURG/CLEARWATER INTL., FL., UNITED STATES: KPIE | N/A | A | A | A |
| STOCKTON/STOCKTON METROPOLITAN, CA., UNITED STATES: KSCK | N/A | A | A | A |
| SYRACUSE/HANCOCK INTL,NY., UNITED STATES: KSYR | N/A | A | A | A |
| TALLAHASSEE-REGIONAL,FL., UNITED STATES: KTLH | N/A | A | A | A |
| TAMPA/INTL, FL., UNITED STATES: KTPA | N/A | A,R | A,R | A,R |
| TERRE HAUTE/INTL-HULMAN FIELD, IN., UNITED STATES: KHUF | N/A | A | A | A |
| TOLEDO/EXPRESS,OH., UNITED STATES: KTOL | N/A | A | A | A |
| TOLUCA/LIC.ADOLFO LOPEZ M., MEXICO: MMTO | N/A | A | A | A |
| TOPEKA/FORBES FIELD,KS., UNITED STATES: KFOE | N/A | A | A | A |
| TOULOUSE/BLAGNAC, FRANCE: LFBO | N/A | A | A | A |
| TRENTON/MERCER, NJ., UNITED STATES: KTTN | N/A | A,R | A,R | A,R |
| TUCSON/INTL,AZ., UNITED STATES: KTUS | N/A | A,R | A,R | A,R |
| TULSA/INTL, OK., UNITED STATES: KTUL | N/A | A | A | A |
| TWIN FALLS/JOSLIN FIELD - MAGIC VALLEY REGIONAL, ID., UNITED STATES: KTWF | N/A | A | A | A |

Frontier Airlines, Inc.               C070-10               Certificate No.: F3LA008Y

U.S. Department
of Transportation
Federal Aviation
Administration

Operations Specifications

### AIRPORTS

| Location | Provisional | AIRCRAFT AUTHORIZED | | |
| --- | --- | --- | --- | --- |
| | | A-318 | A-319 | A-320 |
| WACO REGIONAL, TX., UNITED STATES: KACT | N/A | A | A | A |
| WASHINGTON/DULLES INTL, DC., UNITED STATES: KIAD | N/A | A | A | A |
| WASHINGTON/NATIONAL, DC., UNITED STATES: KDCA | N/A | R | R | R |
| WEST PALM BEACH/PALM BEACH INTL, FL., UNITED STATES: KPBI | N/A | A | A | A |
| WHITEHORSE, Y.T., CANADA: CYXY | N/A | A | A | A |
| WICHITA FALLS/SHEPPARD AFB-WICHITA FALLS MUNI, TX., UNITED STATES: KSPS | N/A | A | A | A |
| WICHITA/MID-CONTINENT, KS., UNITED STATES: KICT | N/A | A | A | A |
| YAKIMA/AIR TERMINAL, WA., UNITED STATES: KYKM | N/A | A | A | A |
| YOUNGSTOWN/WARREN REGIONAL, OH., UNITED STATES: KYNG | N/A | A | A | A |
| YUMA-MCAS/YUMA INTL, AZ., UNITED STATES: KNYL | N/A | A | A | A |
| ZIHUATANEJO/IXTAPA-ZIHUATANEJO INTL, MEXICO: MMZH | N/A | A,R | A,R | A,R |

Frontier Airlines, Inc.    C070-11    Certificate No.: F3LA00RY

U.S. Department
of Transportation
Federal Aviation
Administration

## Operations Specifications

1. The Certificate Holder applies for the Operations in this paragraph.
2. These Operations Specifications are approved by direction of the Administrator.

Digitally signed by Dale Snider, Principal Operations Inspector (GL11)
[1] SUPPORT INFO: Add SBN and TTN as regular and alternate airports. Remove SAT as a regular airport.
[3] EFFECTIVE DATE: 9/25/2012, [3] AMENDMENT #: 113
DATE: 2012.09.25 06:20:20 -05'00'

3. I hereby accept and receive the Operations Specifications in this paragraph.

Digitally signed by Jimmy W Colburn
[1] SUPPORT INFO: Added SBN and TTN. Removed SAT as an (R) airport
DATE: 2012.09.25 09:15:09 -05'00'

Frontier Airlines, Inc.                    C070-12                    Certificate No.: F3LA08RY