PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., et al., | : |
| | : |
| Plaintiffs, | : Hon. Joel A. Pisano |
| | : |
| v. | : Civ. Action No. 14-2686(JAP) |
| | : |
| UNITED STATES FEDERAL | : |
| AVIATION ADMINISTRATION, | : |
| et al., | : |
| | : |
| Defendants. | : Document Electronically Filed |
| | : |

**[PROPOSED] ORDER**

This matter having been brought before the Court upon the Motion to Dismiss by defendant United States Federal Aviation Administration ("FAA"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the Court having considered the positions of the parties;

It is on this the      day of           , 2014, hereby

ORDERED that the Motion to Dismiss of defendant FAA pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) is hereby GRANTED; and it is FURTHER ORDERED that the Complaint is hereby DISMISSED in its entirety with PREJUDICE as to defendant FAA.

_____
JOEL A. PISANO
U.S. District Judge