```
PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
BRRAM, INC., et al.,            :
                                :
    Plaintiffs,                 : Hon. Joel A. Pisano
                                :
    v.                          : Civ. Action No. 14-2686(JAP)
                                :
UNITED STATES FEDERAL           :
AVIATION ADMINISTRATION,        :
et al.,                         :
                                :
    Defendants.                 : Document Electronically Filed
                                :
```

**CERTIFICATE OF SERVICE**

I hereby certify that the Notice of Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, the Declaration of Bruce A. Montigney, with exhibits, a proposed Order and this Certificate of Service were served upon all counsel of record via this Court's electronic case filing system on August 18, 2014.

                                        s/ J. Andrew Ruymann

                                        J. ANDREW RUYMANN
                                        Assistant U.S. Attorney