# POTTER AND DICKSON

ATTORNEYS AT LAW

194 NASSAU STREET

PRINCETON, NEW JERSEY 08542

(609) 921-9555

R. WILLIAM POTTER
MEMBER N.J. AND CA. BARS

PETER D. DICKSON
MEMBER N.J. AND D.C. BARS

TELECOPIER
(609) 921-2181

August 20, 2014

The Clerk of the United States District Court
and
The Honorable Douglas E. Arpert, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    BRRAM, Inc., et al. v. FAA, et al.
             Civil Action No. 3:14-cv-02686-JAP-DEA
             Automatic extension for opposition to motions to dismiss
             to October 6, 2014

Dear Judge Alpert:

      Pursuant to the provisions of L.Civ.R. 7.1(d)(5), the undersigned attorney of Potter and Dickson, representing the Plaintiffs, hereby seeks the automatic extension of time to file opposition papers to each of the three pending motions to dismiss, namely, the motions filed respectively by Frontier Airlines, Inc., by Mercer County Board of Chosen Freeholders, and by United Stated Federal Aviation Administration; each motion to dismiss was originally noticed for the motion day of September 15, 2014.

      The originally noticed motion day has not previously been extended or adjourned. The undersigned counsel for the Plaintiffs invokes the provisions of L.Civ.R. 7.1(d)(5) which provides for the adjournment once without consent of the moving parties to the next available motion day, which is October 6, 2014, for the filing of opposition papers.

                                          Respectfully submitted,

                                          POTTER AND DICKSON

                                          s/ R. William Potter

                                          By R. William Potter

cc:    Counsel of Record (via ECF)