R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

**RECEIVED**

**SEP 1 7 2014**

AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, INC., ET AL., | : | Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : | |
| v. | : | Hon. Joel A. Pisano, U.S.D.J. |
| | : | Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : | |
| Defendants. | : | DOCUMENT FILED ELECTRONICALLY |

### [PROPOSED] ORDER

This matter having been brought before the Court upon the Motion for Extension by Consent of Time to Respond to Motions to Dismiss to Wednesday, October 22, 2014, by the plaintiffs, BRRAM, Inc., et al., pursuant to L.Civ.R. 7.1(d)(5), with the consent of counsel for all defendants, and the Court having considered the matter,

It is this _17_ day of ___Sept___, 2014, hereby

ORDERED that the Plaintiffs' Motion for Extension by Consent of Time to Respond to Motions to Dismiss to October 22, 2014, is hereby GRANTED.

_____
JOEL A. PISANO
United States District Judge