

October 2, 2014

**VIA ECF**

Hon. Joel A. Pisano, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RE:** ***BRRAM, Inc., et al. v. FAA, et al.*,**
<u>**Civil Action No. 3:14-cv-02686-JAP-DEA**</u>

Dear Judge Pisano:

We, along with Hogan Lovells US LLP, represent Defendant Frontier Airlines, Inc. ("Frontier") in the above-referenced action. We write on behalf of defendants Frontier, Mercer County Board of Chosen Freeholders, and the United States Federal Aviation Administration (collectively, the "Defendants") to request an extension of time within which defendants may file their reply in support of their Motions to Dismiss [D.E. 21, 23, 24].

Your Honor recently granted Plaintiffs' request for an extension of time, until October 22, 2014, to oppose Defendants' motions [D.E. 27]. Defendants respectfully request that the deadline to file reply papers be set to November 5, 2014.

There have been no previous requests for an extension of this deadline and Plaintiffs have consented to this request.

If this request meets with Your Honor's approval, we respectfully request that you 'so order' this letter and have it filed on the docket.

Respectfully,

*s/ John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via email)

SO ORDERED on this _____ day of _____, 2014:

_____
JOEL A. PISANO
United States District Judge

John E. Flaherty
Partner
T. 973-639-7903
F. 973-297-3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON