

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

October 2, 2014

**VIA ECF**

Hon. Joel A. Pisano, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED

OCT - 3 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

RE: ***BRRAM, Inc., et al. v. FAA, et al.***,
<u>Civil Action No. 3:14-cv-02686-JAP-DEA</u>

John E. Flaherty
Partner
T. 973-639-7903
F. 973-297-3971
jflaherty@mccarter.com

Dear Judge Pisano:

We, along with Hogan Lovells US LLP, represent Defendant Frontier Airlines, Inc. ("Frontier") in the above-referenced action. We write on behalf of defendants Frontier, Mercer County Board of Chosen Freeholders, and the United States Federal Aviation Administration (collectively, the "Defendants") to request an extension of time within which defendants may file their reply in support of their Motions to Dismiss [D.E. 21, 23, 24].

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Your Honor recently granted Plaintiffs' request for an extension of time, until October 22, 2014, to oppose Defendants' motions [D.E. 27]. Defendants respectfully request that the deadline to file reply papers be set to November 5, 2014.

There have been no previous requests for an extension of this deadline and Plaintiffs have consented to this request.

BOSTON

HARTFORD

If this request meets with Your Honor's approval, we respectfully request that you 'so order' this letter and have it filed on the docket.

NEW YORK

Respectfully,

NEWARK

*s/ John E. Flaherty*

PHILADELPHIA

John E. Flaherty

STAMFORD

cc: Counsel of Record (via email)

SO ORDERED on this _____ day
of _____, 2014:

WASHINGTON, DC

_____
JOEL A. PISANO
United States District Judge

WILMINGTON