R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, INC., ET AL., | : | Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : | |
| v. | : | Hon. Joel A. Pisano, U.S.D.J. |
| | : | Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : | |
| Defendants. | : | DOCUMENT FILED ELECTRONICALLY |

NOTICE OF MOTION FOR EXTENSION
BY CONSENT OF TIME TO RESPOND TO MOTIONS TO DISMISS
TO NOVEMBER 5, 2014

To:   Paul J. Fishman
      United States Attorney
      J. Andrew Ruymann
      Assistant U.S. Attorney
      402 East State Street, Room 430
      Trenton, New Jersey 08608
      Attorneys for the United States Federal Aviation Administration

and

      John E. Flaherty                    Robert E. Cohn
      Ravin R. Patel                      Justin A. Savage
      McCarter & English                  Emily E. Kimball
      Four Gateway Center                 Hogan Lovells US LLP
      100 Mulberry Street                 555 Thirteenth Street, N.W.
      Newark, NJ 07102                    Washington, DC 20004
      Attorneys for Frontier Airlines, Inc.

and

Arthur R. Sypek, Jr.
Paul R. Adezio
Joseph P. Blaney
Mercer County Counsel
640 McDade Administration Building
Trenton, NJ 08650
Attorneys for Mercer County Board of Chosen Freeholders

PLEASE TAKE NOTICE that on November 3, 2014, the undersigned attorney, on behalf of the plaintiffs, BRRAM, Inc., Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti, Mrs. Jenifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne, will move before the Honoarable Joel A. Pisano, United States District Judge, United States District Court, at 402 East State Street, Trenton, New Jersey, for an order extending the time to respond to the three motions to dismiss the complaint filed by the defendants, United States Federal Aviation Administration, Frontier Airlines, Inc., and the Mercer County Board of Chosen Freeholders, to Wednesday, November 5, 2014. Replies to the Plaintiffs' response would be due November 19, 2014. The above-named counsel for the defendants have consented to this motion. This motion is brought pursuant to the provisions of L. Civ.R. 7.1(d)(5).

In support of this motion, the plaintiffs will rely upon the Certification of R. William Potter. A form of Order is submitted along with this Notice of Motion.

Plaintiffs do not request oral argument.

Respectfully submitted,

/s/ R. William Potter
R. WILLIAM POTTER
Attorney for Plaintiffs

Dated: October 20, 2014.

R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, INC., ET AL., | : | Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : | |
| v. | : | Hon. Joel A. Pisano, U.S.D.J. |
| | : | Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : | |
| Defendants. | : | DOCUMENT FILED ELECTRONICALLY |

CERTIFICATION OF R. WILLIAM POTTER IN SUPPORT OF
MOTION FOR EXTENSION BY CONSENT
OF TIME TO RESPOND TO MOTIONS TO DISMISS
TO NOVEMBER 5, 2014

1. I am R. William Potter, Attorney at Law of the State of New Jersey, and counsel for the plaintiffs herein.

2. I make this certification in support of the motion for extension of the time for plaintiffs to respond to the three pending motions to dismiss the complaint to November 5, 2014.

3. On a trip to California I became seriously ill from what appeared to be food poisoning which rendered me incapacitated from working on my legal caseload.

4. On Friday, October 17, 2014, I dictated a message to be sent to all counsel for the defendants in this matter.

5. By Monday, October 20, 2014, all counsel for all defendants consented to the requested extension. Since counsel for all of the defendants have consented to the two-week time extension, there cannot be any prejudice to any party as a result of this time extension.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: October 20, 2014

/s/ R. William Potter

R. WILLIAM POTTER
Attorney for Plaintiffs

R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, INC., ET AL., | : | Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : | |
| v. | : | Hon. Joel A. Pisano, U.S.D.J. |
| | : | Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : | |
| Defendants. | : | DOCUMENT FILED ELECTRONICALLY |

[PROPOSED] ORDER

This matter having been brought before the Court upon the Motion for Extension by Consent of Time to Respond to Motions to Dismiss to Wednesday, November 5, 2014, by the plaintiffs, BRRAM, Inc., et al., pursuant to L.Civ.R. 7.1(d)(5), with replies to the responses due November 19, 2014, with the consent of counsel for all defendants, and the Court having considered the matter,

It is this _____ day of _____, 2014, hereby

ORDERED that the Plaintiffs' Motion for Extension by Consent of Time to Respond to Motions to Dismiss to November 5, 2014, is hereby GRANTED. Replies to Plaintiffs' Responses shall be due November 19, 2014.

_____
JOEL A. PISANO
United States District Judge