R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

RECEIVED
OCT 21 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., ET AL., | : Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : |
| v. | : Hon. Joel A. Pisano, U.S.D.J. |
| | : Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : |
| Defendants. | : DOCUMENT FILED ELECTRONICALLY |

### [PROPOSED] ORDER

This matter having been brought before the Court upon the Motion for Extension by Consent of Time to Respond to Motions to Dismiss to Wednesday, November 5, 2014, by the plaintiffs, BRRAM, Inc., et al., pursuant to L.Civ.R. 7.1(d)(5), with replies to the responses due November 19, 2014, with the consent of counsel for all defendants, and the Court having considered the matter,

It is this 21 day of October, 2014, hereby

ORDERED that the Plaintiffs' Motion for Extension by Consent of Time to Respond to Motions to Dismiss to November 5, 2014, is hereby GRANTED. Replies to Plaintiffs' Responses shall be due November 19, 2014.

_____
JOEL A. PISANO
United States District Judge