R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, INC., ET AL., | : | Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : | |
| v. | : | Hon. Joel A. Pisano, U.S.D.J. |
| | : | Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : | |
| | : | DOCUMENT FILED |
| Defendants. | : | ELECTRONICALLY |

NOTICE OF MOTION FOR EXTENSION
BY CONSENT OF TIME TO RESPOND TO MOTIONS TO DISMISS
TO NOVEMBER 12, 2014

To:   Paul J. Fishman
      United States Attorney
      J. Andrew Ruymann
      Assistant U.S. Attorney
      402 East State Street, Room 430
      Trenton, New Jersey 08608
      Attorneys for the United States Federal Aviation Administration

and

| | |
|---|---|
| John E. Flaherty | Robert E. Cohn |
| Ravin R. Patel | Justin A. Savage |
| McCarter & English | Emily E. Kimball |
| Four Gateway Center | Hogan Lovells US LLP |
| 100 Mulberry Street | 555 Thirteenth Street, N.W. |
| Newark, NJ 07102 | Washington, DC 20004 |
| Attorneys for Frontier Airlines, Inc. | |

and

Arthur R. Sypek, Jr.
Paul R. Adezio
Joseph P. Blaney
Mercer County Counsel
640 McDade Administration Building
Trenton, NJ 08650
Attorneys for Mercer County Board of Chosen Freeholders

PLEASE TAKE NOTICE that on November 3, 2014, the undersigned attorney, on behalf of the plaintiffs, BRRAM, Inc., Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti, Mrs. Jenifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne, will move before the Honoarable Joel A. Pisano, United States District Judge, United States District Court, at 402 East State Street, Trenton, New Jersey, with the consent of counsel for all the Defendants for an order extending the time to respond to the three motions to dismiss the complaint filed by the Defendants, United States Federal Aviation Administration, Frontier Airlines, Inc., and the Mercer County Board of Chosen Freeholders, to Wednesday, November 12, 2014. Replies to the Plaintiffs' response would be due December 5, 2014. The above-named counsel for the Defendants have

consented to this motion. This motion is brought pursuant to the provisions of L. Civ.R. 7.1(d)(5).

In support of this motion, the plaintiffs will rely upon the Certification of R. William Potter. A form of Order is submitted along with this Notice of Motion.

Plaintiffs do not request oral argument.

                                        Respectfully submitted,

                                        /s/ R. William Potter
                                        R. WILLIAM POTTER
                                        Attorney for Plaintiffs

Dated: October 31, 2014.

R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., ET AL., <br> Plaintiffs, <br> v. <br> UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., <br> Defendants. | : Civil Action No. 3:14-cv-02686 (JAP) <br> : <br> : Hon. Joel A. Pisano, U.S.D.J. <br> : Hon. Douglas E. Arpert, U.S.M.J. <br> : <br> : <br> : DOCUMENT FILED <br> : ELECTRONICALLY |

CERTIFICATION OF R. WILLIAM POTTER IN SUPPORT OF
MOTION FOR EXTENSION BY CONSENT
OF TIME TO RESPOND TO MOTIONS TO DISMISS
TO NOVEMBER 12, 2014

1. I am R. William Potter, Attorney at Law of the State of New Jersey, and counsel for the plaintiffs herein.

2. I make this certification in support of the motion for extension of the time for plaintiffs to respond to the three pending motions to dismiss the complaint to November 12, 2014.

3. After recovering from illness which appeared to be food poisoning and

Page 1 of 2

which rendered me incapacitated from working on my legal caseload, I suffered a recurrence of severe neck and back pain related to surgery in 2012. This made it impossible for me to work more than a few hours each day.

4. On Thursday, I dictated a message to be sent to all counsel for the defendants in this matter.

5. By Friday, October 31, 2014, all counsel for all Defendants consented to the requested extension. Since counsel for all of the Defendants have consented to the one-week time extension, there cannot be any prejudice to any party as a result of this time extension.

6. Counsel for the Defendants have reminded me that the time for their reply to Plaintiffs' opposition would occur on the eve of the Thanksgiving holiday, and I have agreed to the request that the Defendants' reply be due on December 5, 2014.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: October 31, 2014

/s/ R. William Potter

R. WILLIAM POTTER
Attorney for Plaintiffs

R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., ET AL., | : Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : |
| v. | : Hon. Joel A. Pisano, U.S.D.J. |
| | : Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : |
| Defendants. | : DOCUMENT FILED ELECTRONICALLY |

[PROPOSED] ORDER

This matter having been brought before the Court upon the Motion for Extension by Consent of Time to Respond to Motions to Dismiss to Wednesday, November 12, 2014, by the plaintiffs, BRRAM, Inc., et al., pursuant to L.Civ.R. 7.1(d)(5), with replies to the responses due December 5, 2014, with the consent of counsel for all defendants, and the Court having considered the matter,

It is this _____ day of _____, 2014, hereby

ORDERED that the Plaintiffs' Motion for Extension by Consent of Time to Respond to Motions to Dismiss to November 12, 2014, is hereby GRANTED.  Replies to Plaintiffs' Responses shall be due December 5, 2014.

 

 

_____
JOEL A. PISANO
United States District Judge