R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, INC., ET AL., | : | Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : | |
| v. | : | Hon. Joel A. Pisano, U.S.D.J. |
| | : | Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL | : | |
| AVIATION ADMINISTRATION, | : | |
| ET AL., | : | DOCUMENT FILED |
| Defendants. | : | ELECTRONICALLY |

## NOTICE OF MOTION
## FOR LEAVE TO AMEND THE COMPLAINT

To:  Paul J. Fishman, United States Attorney
     J. Andrew Ruymann, Assistant U.S. Attorney
     402 East State Street, Room 430
     Trenton, New Jersey 08608
     Attorneys for the United States Federal Aviation Administration
and

John E. Flaherty                    Robert E. Cohn
Ravin R. Patel                      Justin A. Savage
McCarter & English                  Emily E. Kimball
Four Gateway Center, 100 Mulberry   Hogan Lovells US LLP
Street                              555 Thirteenth Street, N.W.
Newark, NJ 07102                    Washington, DC 20004
Attorneys for Frontier Airlines, Inc.

and

Arthur R. Sypek, Jr.
Paul R. Adezio
Joseph P. Blaney
Mercer County Counsel
640 McDade Administration Building
Trenton, NJ 08650
Attorneys for Mercer County Board of Chosen Freeholders

PLEASE TAKE NOTICE that on December 15, 2014, the undersigned

attorney, on behalf of the plaintiffs, BRRAM, Inc., Ms. Holly Bussey, Mr. William

Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti, Mrs. Jenifer

Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, Mr.

Richard Wayne, the Board of Supervisors of Township of Lower Makefield, the

Board of Supervisors of Upper Makefield Township, and the Borough Council of

the Borough of Yardley, will move before the Honorable Joel A. Pisano, United

States District Judge, United States District Court, at 402 East State Street,

Trenton, New Jersey, for leave to amend the complaint.  This motion is brought

pursuant to the provisions of Fed. R. Civ. P. 15(a)(2).

In support of this motion, the plaintiffs will rely upon the enclosed

memorandum.  The First Amended Complaint is enclosed herewith.  A proposed Order is submitted along with this Notice of Motion.

       Plaintiffs do not request oral argument.

                              Respectfully submitted,

                              /s/ R. William Potter

                              R. WILLIAM POTTER

Dated: November 20, 2014.       Attorney for Plaintiffs