R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, INC., et al., | : | Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : | |
| v. | : | Hon. Joel A. Pisano, U.S.D.J. |
| | : | Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, | : | |
| et al., | : | DOCUMENT FILED |
| Defendants. | : | ELECTRONICALLY |

[PROPOSED] ORDER

This matter having been brought before the Court upon the Motion for Leave to Amend the Complaint by the plaintiffs, BRRAM, Inc., et al., pursuant to Fed. R. Civ. P. 15(a)(2), and the Court having considered the positions of the parties,

It is this         day of                              201  , hereby

ORDERED that the Plaintiffs' Motion for Leave to Amend the Complaint is hereby GRANTED, and it is

FURTHER ORDERED that the Plaintiffs' First Amended Complaint is hereby accepted as filed.

                                                                        _____
                                                                        JOEL A. PISANO
                                                                        United States District Judge