PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

BRRAM, INC., et al.,            :
                                :
     Plaintiffs,                : Hon. Joel A. Pisano
                                :
     v.                         : Civ. Action No. 14-2686(JAP)
                                :
UNITED STATES FEDERAL           :
AVIATION ADMINISTRATION,        :
et al.,                         :
                                :
     Defendants.                : Document Electronically Filed
                                :
```

**CERTIFICATE OF SERVICE**

I hereby certify that Federal Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and this Certificate of Service were served upon all counsel of record via this Court's electronic case filing system on December 15, 2014.

<u>s/ J. Andrew Ruymann</u>

J. ANDREW RUYMANN
Assistant U.S. Attorney