R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRRAM, INC., ET AL., | : | Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : | |
| v. | : | Hon. Joel A. Pisano, U.S.D.J. |
| | : | Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL | : | |
| AVIATION ADMINISTRATION, ET | : | |
| AL., | : | DOCUMENT FILED |
| Defendants. | : | ELECTRONICALLY |

NOTICE OF MOTION BY CONSENT FOR EXTENSION OF TIME
TO JANUARY 20, 2015, TO REPLY TO OPPOSITION TO
THE MOTION FOR LEAVE TO AMEND THE COMPLAINT

To:    Paul J. Fishman
       United States Attorney
       J. Andrew Ruymann
       Assistant U.S. Attorney
       402 East State Street, Room 430
       Trenton, New Jersey 08608
       Attorneys for the United States Federal Aviation Administration

and

John E. Flaherty
Ravin R. Patel
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Attorneys for Frontier Airlines, Inc.

Robert E. Cohn
Justin A. Savage
Emily E. Kimball
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

and

Arthur R. Sypek, Jr.
Paul R. Adezio
Joseph P. Blaney
Mercer County Counsel
640 McDade Administration Building
Trenton, NJ 08650
Attorneys for Mercer County Board of Chosen Freeholders

PLEASE TAKE NOTICE that on January 5, 2015, the undersigned attorney, on behalf of the plaintiffs, BRRAM, Inc., Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti, Mrs. Jenifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne, will move before the Honoarable Joel A. Pisano, United States District Judge, United States District Court, at 402 East State Street, Trenton, New Jersey, with the consent of counsel for all the Defendants for an order extending the time to January 20, 2015, to reply to the opposition to the plaintiffs' motion for leave to amend the complaint. The above-named counsel for the Defendants have consented to this motion. This motion is brought pursuant to the provisions of L. Civ.R. 7.1(d)(5).

In support of this motion, the plaintiffs will rely upon the Certification of R.

William Potter.  A form of Order is submitted along with this Notice of Motion.

Plaintiffs do not request oral argument.

Respectfully submitted,

/s/ R. William Potter

R. WILLIAM POTTER
Attorney for Plaintiffs

Dated: January 5, 2015.