R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRRAM, INC., ET AL., | : Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : |
| v. | : Hon. Joel A. Pisano, U.S.D.J. |
| | : Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : |
| | : DOCUMENT FILED |
| Defendants. | : ELECTRONICALLY |

CERTIFICATION OF R. WILLIAM POTTER IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO JANUARY 20, 2015,
BY CONSENT TO REPLY TO OPPOSITION
TO THE MOTION TO AMEND THE COMPLAINT

1. I am R. William Potter, Attorney at Law of the State of New Jersey, and counsel for the plaintiffs herein.

2. I make this certification in support of the motion for extension of the time to January 20, 2015, for plaintiffs to reply to the opposition to the plaintiffs' motion for leave to amend the complaint.

3. All counsel for all Defendants consented to the requested extension.

4.  This motion for an extension of time was necessitated by the press of business and the holidays.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 5, 2015.

/s/ R. William Potter

R. WILLIAM POTTER
Attorney for Plaintiffs