R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRRAM, INC., ET AL., | : Civil Action No. 3:14-cv-02686 (JAP) |
| Plaintiffs, | : |
| v. | : Hon. Joel A. Pisano, U.S.D.J. |
| | : Hon. Douglas E. Arpert, U.S.M.J. |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION, ET AL., | : |
| Defendants. | : DOCUMENT FILED ELECTRONICALLY |

**[PROPOSED] ORDER**

This matter having been brought before the Court upon the Motion for Extension by Consent of Time to Reply by the plaintiffs, BRRAM, Inc., et al., to Opposition to the Motion for Leave to Amend the Complaint to Tuesday, January 20, 2015, pursuant to L.Civ.R. 7.1(d)(5), with the consent of counsel for all defendants, and the Court having considered the matter,

It is this _____ day of _____, 2015, hereby

ORDERED that the Plaintiffs' Motion for Extension by Consent of Time to Reply to opposition to the Motion for Leave to Amend the Complaint to January 20, 2015, is hereby GRANTED.

                                                                          _____
                                                                          JOEL A. PISANO
                                                                           United States District Judge