## POTTER AND DICKSON

ATTORNEYS AT LAW
194 NASSAU STREET
PRINCETON, NEW JERSEY 08542
(609) 921-9555

R. WILLIAM POTTER
MEMBER N.J. AND CA. BARS

PETER D. DICKSON
MEMBER N.J. AND D.C. BARS

TELECOPIER
(609) 921-2181

January 20, 2015

Hon. Joel A. Pisano, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE: BRRAM, Inc., et al. v. FAA, et al.,
Civil Action No. 3:14-cv-02686-JAP-DEA

Dear Judge Pisano:

This office and the undersigned represent all the plaintiffs in the above-referenced civil action.

We request oral argument on the motions to dismiss the complaint and on the motion to amend the complaint. We have noted this request on the cover of the Plaintiffs' Reply Brief to Opposition to Motion for Leave to Amend the Complaint, which we are filing today.

Respectfully submitted,

/s/ R. William Potter
R. William Potter
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542-7003
Email addresses: rwppddlaw@cs.com
and potterrex@cs.com
Phone (609) 921-9555; Fax (609) 921-2181
Attorneys for the Plaintiffs

cc: Counsel of record by ECF