
*ORDER*



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

402 East State Street, Room 430          609-989-2190
Trenton, New Jersey 08608                Fax: 609-989-2275

February 5, 2015

Document Electronically Filed            R E C E I V E D
(Courtesy Copy By Hand Delivery)

Honorable Douglas E. Arpert              FEB 18 2015
U.S. Magistrate Judge
U.S. District Court for the District of New Jersey     AT 8:30_____M
Clarkson S. Fisher Building & U.S. Courthouse             WILLIAM T. WALSH
402 East State Street                                         CLERK
Trenton, New Jersey 08608

     Re: <u>BRRAM, Inc., et al., v. FAA, et al.</u>
         Civil Action No. 14-2686(JAP)

Dear Judge Arpert:

    I write on behalf of federal defendant Federal Aviation Administration ("FAA"), and with the consent of defendant Frontier Airlines, Inc. ("Frontier"), to respectfully disagree with plaintiffs' position that the Court should hold oral argument on plaintiffs' pending Motion to Amend. The FAA and Frontier contend, for the reasons stated in their respective opposition papers to plaintiffs' Motion to Amend, (Docket Entries 39 and 42), that Your Honor should deny the Motion to Amend without further briefing of any party or oral argument. However, if Your Honor has questions concerning any of the arguments advanced in Plaintiffs' Reply Brief to Opposition to the Motion for Leave to Amend the Complaint (Docket Entry 45), especially the arguments not previously raised by plaintiffs in their Memorandum in Support of Plaintiffs' Motion to Amend the Complaint (Docket Entry 35-1) and which remain unaddressed, and believes that additional input from the FAA and the other defendants would aid the Court's decision, the FAA and Frontier would welcome the opportunity, at Your Honor's discretion, to file a sur-reply or participate in an oral argument concerning plaintiffs' Motion to Amend.

    I thank the Court for Your Honor's attention to this letter and respectfully request that the Court advise whether or not Your Honor wants the FAA and Frontier to submit a sur-reply and/or desires oral argument regarding plaintiffs' Motion to Amend.

                                  Respectfully submitted,

                                  PAUL J. FISHMAN
                                United States Attorney

                                <u>s/ J. Andrew Ruymann</u>

                                By:  J. ANDREW RUYMANN
                                      Assistant U.S. Attorney

Enclosure
c: All Counsel (w/encl)(By ECF)

\* Defendant's request to submit a sur-reply regarding plaintiffs' Motion to Amend is DENIED without prejudice and may be resubmitted once this matter has been reassigned.

So ordered.

_____
Hon. Douglas E. Arpert, U.S.M.J.

2

dated: February 18, 2015