\* ORDER \*

# POTTER AND DICKSON
ATTORNEYS AT LAW
194 NASSAU STREET
PRINCETON, NEW JERSEY 08542
(609) 921-9555

R. WILLIAM POTTER
MEMBER N.J. AND CA. BARS

PETER D. DICKSON
MEMBER N.J. AND D.C. BARS

TELECOPIER
(609) 921-2181

January 20, 2015

Hon. Joel A. Pisano, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED

FEB 1 8 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

RE: BRRAM, Inc., et al. v. FAA, et al.,
Civil Action No. 3:14-cv-02686-JAP-DEA

Dear Judge Pisano:

This office and the undersigned represent all the plaintiffs in the above-referenced civil action.

We request oral argument on the motions to dismiss the complaint and on the motion to amend the complaint. We have noted this request on the cover of the Plaintiffs' Reply Brief to Opposition to Motion for Leave to Amend the Complaint, which we are filing today.

\* plaintiffs' request for oral argument on the pending Motions is DENIED without prejudice and may be resubmitted once this matter has been reassigned.

So Ordered

cc: Counsel of record by ECF
[signature]
Hon. Douglas E. Arpert, U.S.M.J.

Respectfully submitted,

/s/ R. William Potter
R. William Potter
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542-7003
Email addresses: rwppddlaw@cs.com
and potterrex@cs.com
Phone (609) 921-9555; Fax (609) 921-2181
Attorneys for the Plaintiffs

dated: February 18, 2015

Exhibit 1

**From:** njdefiling <njdefiling@njd.uscourts.gov>
**To:** njdefiling <njdefiling@njd.uscourts.gov>
**Subject:** Activity in Case 3:14-cv-02686-PGS-DEA BRRAM, INC. et al v. UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA) et al Order Reassigning Case
**Date:** Mon, Mar 9, 2015 4:27 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 3/9/2015 at 4:26 PM EDT and filed on 3/9/2015

| | |
|---|---|
| **Case Name:** | BRRAM, INC. et al v. UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA) et al |
| **Case Number:** | 3:14-cv-02686-PGS-DEA |
| **Filer:** | |
| **Document Number:** | 50(No document attached) |

**Docket Text:**
**TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Peter G. Sheridan for all further proceedings. Judge Joel A. Pisano no longer assigned to case. So Ordered by Chief Judge Jerome B. Simandle on 3/9/2015. (gxh)**

**3:14-cv-02686-PGS-DEA Notice has been electronically mailed to:**

JOHN ANDREW RUYMANN    john.ruymann@usdoj.gov, usanj.ecftrentoncivil@usdoj.gov

JOHN EDMUND FLAHERTY    jflaherty@mccarter.com, aparikh@McCarter.com, emily.kimball@hoganlovells.com, jsnedeker@mccarter.com, justin.savage@hoganlovells.com, robert.cohn@hoganlovells.com

PAUL RICHARD ADEZIO    padezio@mercercounty.org, pkalinowski@mercercounty.org

R. WILLIAM POTTER    potterrex@cs.com, rwppddlaw@cs.com

RAVIN R. PATEL    rpatel@mccarter.com

**3:14-cv-02686-PGS-DEA Notice will not be electronically mailed to::**

Exhibit 2