UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
MAR 31 2015
AT 8:30
WILLIAM T. WALSH
CLERK

BRAMM, Inc., *et al.*

    Plaintiffs,

v.

UNITED STATES FEDERAL AVIATION
ADMINISTRATION., *et al.*

    Defendants.

Civil Action No. 14-2686 (PGS)

**ORDER**

This matter having been recently reassigned to the undersigned as a result of the retirement of the Hon. Joel A. Pisano, United States District Judge, and it appearing that two motions to dismiss by defendants Mercer County Board of Chosen Freeholders ("Mercer County") and Frontier Airlines, Inc. ("Frontier", collectively with Mercer County, "Defendants") are presently pending before the Court[1], and the Court noting that plaintiffs consent to the dismissal of Mercer County and Frontier, *see* Pl. Opp. Br. (ECF No. 34) at p. 1 ("plaintiffs consent to the dismissal of Frontier and Mercer County") and have not opposed the motions;

IT IS on this 30th day of March 2015

ORDERED the Defendants' motions [ECF No. 21, 23] are GRANTED and the complaint is dismissed as to defendants Mercer County and Frontier.

                                          PETER G. SHERIDAN, U.S.D.J.

---

[1] A third motion to dismiss filed by the United States Federal Aviation Administration and a motion to amend the complaint are also before the Court and are presently under consideration.