```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
                         Minute of Proceeding

OFFICE:    Trenton

JUDGE: Hon. Peter G. Sheridan              Date: May 8, 2015

Court Reporter: Frank Gable

TITLE OF CASE:                             CIVIL 14- 2686(PGS)
Brram, Inc., et al

   vs.
United States Federal Aviation
Administration (FAA) et al

APPEARANCES:

R. William Potter and Peter D. Dickson, Esqs for Plaintiffs
J. Andrew Ruymann AUSA and Mary M. Mc Carthy, FAA, DRC for
Government

NATURE OF PROCEEDINGS:

Hearing on motion [24] by United States Federal Aviation
Administration (FAA), to Dismiss for Lack of Jurisdiction and for
Failure to State a Claim.
Ordered motion Reserved.


TIME COMMENCED:   12:35 PM             Dolores J. Hicks
TIME ADJOURNED:   1:35 PM                 Deputy Clerk
TOTAL TIME:       1:00
```