R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Email: rwppddlaw@cs.com
and potterrex@cs.com
Attorneys for Plaintiffs

## NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 3:14-cv-02686

BRRAM, Inc., a corporation organized under the laws of the Commonwealth of Pennsylvania, Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne,

Plaintiffs,

V.

United States Federal Aviation Administration (FAA),

Defendant.

**NOTICE IS HEREBY GIVEN** that Plaintiffs, BRRAM, Inc., Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms.

Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne, appeal to the United States Court of Appeals for the Third Circuit from the OPINION and ORDER granting Motion to Dismiss the Complaint in favor of the Defendant, Federal Aviation Administration, and denying the Plaintiffs, BRRAM, Inc., Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne, Motion to Amend the Complaint, signed by the Honorable Peter G. Sheridan on May 19, 2015 and entered on May 19, 2015.

(Copy of Order and of Opinion as transcribed, annexed hereto)

POTTER AND DICKSON
Attorneys for the Plaintiffs

By: _____
R. William Potter
June 4, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2015, two true copies of the Notice of Appeal and Certificate of Service were forwarded to:

Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

and

The United States Federal Aviation Administration, by and through the Office of the United States Attorney, attention John Andrew Ruymann, 402 East State Street, Suite 430, Trenton, NJ 08608, Email: john.ruymann@usdoj.gov;

and to counsel for parties who were dismissed as defendants:

The Mercer County Board of Chosen Freeholders, represented by the attorney of record, Paul Richard Adezio, County of Mercer, 640 South Broad Street, Trenton, NJ 08650, Email: padezio@mercercounty.org;

and

Frontier Airlines, Inc., represented by the attorney of record, John Edmund Flaherty, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102, Email: jflaherty@mccarter.com and also to Ravin P. Patel, at the same address, Email: rpatel@mccarter.com.

_R. William Potter_
R. WILLIAM POTTER
Attorney for Plaintiffs