# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

No. 15-2393
_____

BRRAM, INC., a corporation organized under the laws of the
Commonwealth of Pennsylvania; MS. HOLLY BUSSEY; MR. WILLIAM LYNCH;
MR. RICHARD DELELLO; MS. JULIE POWER; MR. JOHN GIACOBETTI;
MRS. JENNIFER GIACOBETTI; MS. DEBORAH LEAMANN;
MS. CAROLINE BONDI; MS. DELORES BRIENZA; MR. RICHARD WAYNE,

                                                                                          Appellants

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA);
MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS;
FRONTIER AIRLINES, INC.

_____

On Appeal from the United States District Court
for the District of New Jersey
(District Case No. 3-14-cv-02686)
District Judge:  Honorable Peter G. Sheridan

_____

Submitted under Third Circuit LAR 34.1(a)

on September 22, 2016

Before:  MCKEE, Chief Judge*, HARDIMAN, and RENDELL,

Circuit Judges

## **JUDGMENT**

This case came on to be heard on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit LAR 34.1(a) on September 22, 2016.

*Judge McKee was Chief Judge at the time this appeal was submitted. Judge McKee completed his term as Chief Judge on September 30, 2016.

On consideration whereof, it is now here

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered May 19, 2015, be and the same, is hereby affirmed.

Costs taxed against the appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: November 9, 2016

**Certified as a true copy and issued in lieu of a formal mandate on** January 3, 2016

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

Case 3:14-cv-02686-PGS-DEA   Document 62   Filed 01/03/17   Page 3 of 3 PageID: 605